## COURT MINUTES
U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: RICHARD LLOYD SCRIVER (J)   CASE NO: 00-4118-SNOW
AUSA: ED RYAN — pres   ATTY: Arthur Marghetta (temp)
AGENT: DEA   VIOL: PWID MDMA
PROCEEDING I/A ON COMPLAINT   RECOMMENDED BOND 200,000 C&S PSB
BOND HEARING HELD - yes/(no)   COUNSEL APPOINTED
BOND SET @ 200,000 PSB
SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS / x's a (wk)/month by phone; / x's a (wk)/month in person
3) Travel extended to:
4) drug testing + on t[e]st by PTS (5) surrendering _____
   advised of charges   w/i 24 hrs

Bond set - deft released

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: 5-30  11  1-55
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN: June 9  12  655
                         REMOVAL HRG:
                         STATUS CONF:

Date: 5/22/00   Time 11:00   FTL/LSS TAPE #00- 025   Begin: 2620   End: 3587
                             re recall 3379