COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: RICHARD LLOYD SCRIVER (B)   CASE NO: 00-4118-SNOW
AUSA: ED RYAN _Thompson_   ATTY: ARTHUR MARCHETTA (temp)
AGENT: _____   VIOL: _____
PROCEEDING INQUIRY RE COUNSEL   RECOMMENDED BOND _____
BOND HEARING HELD - yes/no   COUNSEL APPOINTED _____

____ BOND SET @ _____

____ SPECIAL CONDITIONS: _____
1) To be cosigned by: _____
2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person
3) Travel extended to: _____

Arthur Marchetta to file
a permanent appearance

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL: _____
                       PTD/BOND HRG: _____
                       PRELIM/ARRAIGN:    6-9-00    1 ̶2̶    BSS ✓
                       REMOVAL HRG: _____
                       STATUS CONF: _____

Date: 5-30-00   Time 11:00   FTL/LSS TAPE #00- 027   Begin: 977   End: 1028

FILED by __ D.C.
MAY 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.