UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,        CASE NO. 00-4118

    Plaintiff,                   MAGISTRATE JUDGE SELTZER

vs.

RICHARD LLOYD SCRIVER,

    Defendant.
_____/

**NOTICE OF APPEARANCE**

    YOU WILL PLEASE enter my appearance as attorney of record for the Defendant in the above-styled cause.

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 31ˢᵗ day of May, 2000, to: the Office of the U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394-3002 and to Bruce Lyons, attorney for James Blake Beeson, Jr., 600 NE 3rd Avenue, Fort Lauderdale, Florida 33304.

                        **MAIER AND MARCHETTA**
                        Attorneys for Defendant
                        915 Middle River Drive
                        Suite 401
                        Fort Lauderdale, FL 33304
                        (954) 900-9889

            By:  _____
                        ARTHUR E. MARCHETTA, JR.
                        Florida Bar #607479

F:\WORK\CLIENTS.CR\SCRIVER\NTCAPP.WPD