UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-4118-SNOW

UNITED STATES OF AMERICA

v.

RICHARD LLOYD SCRIVER

FILED by ___ D.C.

'JUN 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to ~~a timely preliminary~~ inary hearing or examination as to the probable cause, and the defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of Timely Preliminary Examination.

DATED: June 9, 2000

_____
Defendant

MAGISTRATE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a timely preliminary examination within 20 days from the defendant's initial appearance has stated he refused and waived such timely preliminary examination and signed the foregoing Waiver of Timely Preliminary Examination.

IT IS ORDERED that a timely preliminary examination in the above-entitled matter is refused and waived, and the ~~defendant is bound over for proceedings in the U. S. District Court until~~ matter is re-set to June 22, 2000.

DATED: June 9, 2000

_____
BARRY S. SELTZER
CHIEF UNITED STATES MAGISTRATE JUDGE