COURT MINUTES

COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER  ORT LAUDERDALE

DEFT: _Richard Lloyd Scriver (B)_     CASE NO: ___00-4118-Snow___

AUSA: _____Ed Ryan_____     ATTNY: ____Arthur Marchetta____

AGENT: _____     VIOL: _____

PROCEEDING: ___Prelim/Arraignment___     BOND REC: _____

BOND HEARING HELD – yes/no     COUNSEL APPOINTED: _____

____BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.

JUN 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt to PTS as directed /or _____ X's a week/month by phone; _____ X's a week/month in person.

5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) _____ Halfway House

_____ Electronic Monitoring

_Waiver of Preliminary Examination_
_Signed._

NEXT COURT APPEARANCE: _____ DATE: _____ TIME: _____ JUDGE: _____

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _June 22, 2000 @ 11:00 a.m._

STATUS CONFERENCE: _____

DATE: _6-9-00_     TIME: _11:00am_     TAPE # 00-_047_     PG #