COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

```
DEFT: RICHARD LLOYD SCRIVER (B)       CASE NO:    00-4118-BSS
AUSA: ED RYAN /Stuart                  ATTY:   ARTHUR MACHETTA  - pres
AGENT:                                 VIOL:
PROCEEDING PRELIM/ARRAIGNMENT          RECOMMENDED BOND
BOND HEARING HELD - yes/no             COUNSEL APPOINTED
        BOND SET @
        SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS      x's a wk/month by phone;      x's a wk/month in person
3) Travel extended to:
```

FILED by — D.C.
JUN 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Continued to July 13

```
NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN:    7-13    //    BSS
                        REMOVAL HRG:
                        STATUS CONF:
                                FTL/LSS
Date: 6-22-00   Time 11:00      TAPE #00- 031   Begin: 1518   End: 1569
```

4