UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-418-BSS

UNITED STATES OF AMERICA

v.

Richard Lloyd Scriver

## WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a timely preliminary hearing or examination as to probable cause, and the defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of a Timely Preliminary Examination.

DATED: 7-13-00

DEFENDANT

### MAGISTRATE'S CERTIFICATE

The U.S. Magistrate certifies that the defendant, after being advised of the right to a preliminary examination within 20 days from the defendant's initial appearance has stated he/~~she~~ refused and waived such timely preliminary examination and ~~signed the foregoing~~ Waiver of Timely Preliminary Examination. *Matter reset to August 3, 2000.*

IT IS ORDERED that a timely preliminary examination in the above-entitled matter is refused and waived, and the ~~defendant is bound over for proceedings in the U.S. District C~~ourt.

DATED: 7-13-00

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE