| | | | |
|---|---|---|---|
| DEFT: | Richard Lloyd Scriver (B) | CASE NO: | 00-4118-BSS |
| AUSA: | Ed Ryan  *present* | ATTNY: | Arthur Marchetta *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Prelim/Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: ___

FILED by ___ D.C.
JUL 13 2000
CLERK U.S. ___
S.D. OF FLA. FT. LAUD.

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

Both sides request more time —
Waiver of timely prelim/executed.

Matter reset for 3 weeks.

**NEXT COURT APPEARANCE:**   DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR ~~REMOVAL~~:  8-3-00    11:00 am    BSS
STATUS CONFERENCE: ___

DATE: 7-13-00    TIME: 11:00am    TAPE # 00-057   PG # 4
328-332