| | | | |
|---|---|---|---|
| DEFT: | Richard Lloyd Scriver (B) | CASE NO: | 00-4118-BSS |
| AUSA: | Ed Ryan /Bob Nicholson | ATTNY: | Arthur Marchetta present |
| AGENT: | | VIOL: | |
| PROCEEDING: | Prelim/Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

FILED by _____ D.C.
AUG 3 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

____ BOND SET @ 

CO-SIGNATURES: 

SPECIAL CONDITIONS: 

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: 
11) Travel extended to: 
12) _____ Halfway House
    _____ Electronic Monitoring

Both sides request more time to do Information

Matter reset to next Tuesday

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: 

PTO/BOND HEARING: 

PRELIM/ARRAIGN OR REMOVAL:  8-8-00    11:00am    BSS

STATUS CONFERENCE: 

DATE: 8-3-00    TIME: 11:00am    TAPE # 00-062    PG # 5

1870 - 1975