8-3-00
PC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-4118-BSS

UNITED STATES OF AMERICA

v.

Richard Lloyd Scriver

---

### WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a timely
preliminary hearing or examination as to probable cause, and the
defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of a Timely Preliminary
Examination.

DATED:    August 3, 2000    X _____
                              ~~DEFENDANT~~

### MAGISTRATE'S CERTIFICATE

The U.S. Magistrate certifies that the defendant, after being advised
of the right to a preliminary examination within ___20___ days from the
defendant's initial appearance has stated he/she refused and waived such
timely preliminary examination and signed the foregoing Waiver of
Timely Preliminary Examination.

IT IS ORDERED that a timely preliminary examination in the
above-entitled matter is refused and waived, and the ~~defendant is bound over for proceedings in the U.S. District Court~~. matter is re-set for
August 8, 2000.

DATED:    August 3, 2000    _____
                              BARRY S. SELTZER
                              UNITED STATES MAGISTRATE JUDGE