ERR km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00 - 6215** CR - DIMITROULEAS

21 USC §846

**MAGISTRATE JUDGE
SNOW**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| RICHARD SCRIVER, ) | |
| Defendant. ) | |
| _____ ) | |



### INFORMATION

The United States Attorney charges that:

### COUNT I

From on or about May 15, 2000 through on or about May 20, 2000, at Broward County,

in the Southern District of Florida, the defendant,

### RICHARD SCRIVER,

did knowingly and intentionally combine, conspire, confederate and agree with persons known

and unknown to the United States Attorney, to possess with intent to distribute a Schedule I

controlled substance, that is, a mixture and substance containing a detectable amount of



methylenedioxymethamphetamine (MDMA), in violation of Title 21, United States Code, Section 841 (a)(1), all in violation of Title 21, United States Code, Section 846.

GUY A. LEWIS
UNITED STATES ATTORNEY

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| RICHARD SCRIVER | **Superseding Case Information**: |

**Court Division**: (Select One)

\_\_\_ Miami   \_\_\_ Key West
_X_ FTL       \_\_\_ WPB  \_\_\_ FTP

New Defendant(s)          Yes \_\_\_    No _X_
Number of New Defendants  \_\_\_
Total number of counts    \_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) NO _____
   List language and/or dialect _____

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I   | 0 to 5 days      | _X_ | Petty   | \_\_\_ |
   | II  | 6 to 10 days     | \_\_\_ | Minor   | \_\_\_ |
   | III | 11 to 20 days    | \_\_\_ | Misdem. | \_\_\_ |
   | IV  | 21 to 60 days    | \_\_\_ | Felony  | _X_ |
   | V   | 61 days and over | \_\_\_ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _YES_
   If yes:
   Magistrate Case No.   _00-4118-SNOW_____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) ___NO_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? \_\_ Yes _X_ No    If yes, was it pending in the Central Region? \_\_ Yes \_\_ No

8. Did this case originate in the Narcotics Section, Miami? \_\_ Yes _X_ No

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A500053

*Penalty Sheet(s) attached                                         REV.6/27/00

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant's Name:  Richard Scriver     No.: _____

**Count #:1**
Conspiracy to distribute controlled substance

Title 21, United States Code, Section 846

*Max. Penalty: 20 Years' Imprisonment; and a $1,000,000 Fine

**Count #: 2**


**Count #: 3**


*Max. Penalty:

**Count #:**


*Max. Penalty:
**Count #:**

Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96