DEFT: Richard Lloyd Scriver (B)　　CASE NO: 00-6215-cr-Dimitrouleas (00-4118-BSS)
AUSA: Ed Ryan /DnChase　　ATTNY: Arthur Marchetta — present
AGENT: ___　　VIOL: ___
PROCEEDING: Prelim/Arraignment　　BOND REC: ___

BOND HEARING HELD - yes/no　　COUNSEL APPOINTED: ___

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
     ___ Electronic Monitoring

Reading of indictment waived ✓
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Waiver of indictment executed.
Plea likely

FILED AUG 8 2000

NEXT COURT APPEARANCE:　DATE:　TIME:　JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE: ___

DATE: 8-8-00　　TIME: 11:00am　　TAPE # 00-064　PG # 2
2681-2962