FILED by _____ D.C.

AUG 8 2000

CLERK U.S. DIST. CT.
S D OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6215-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Richard Scriver

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    8-8-00    , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:                  Address:_____See Bond_____

_____

                            Telephone:_____

DEFENSE COUNSEL:            Name:_____Arthur Marchetta_____

                            Address:_____

_____

                            Telephone:_____

BOND SET/CONTINUED:    $_____Cont'd on bond as set_____

Bond hearing held:  yes_____ no_____ Bond hearing set for_____

Dated this___8___day of _August_____, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By:_____
Deputy Clerk

Tape No._00-064_

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services