AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**SOUTHERN** _____ DISTRICT OF _____ **FLORIDA**



FILED by _____ D.C.
DKTG
AUG 1 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA
V.

Richard Scriver

## WAIVER OF INDICTMENT

CASE NUMBER: 00-6215-CR-Dimitrouleas

I, _____ Richard Scriver _____, the above named defendant, who is accused of

21:846    Conspiracy to distribute a controlled substance, (MDMA) methylenedioxymethamphetamine

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ 8-8-00 _____ prosecution by indictment and consent that the
                                Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

8/16/00

Before _[signature]_    8- -00 (nunc pro tunc 8-8-00)
        Judicial Officer

Note - defendant signed original in open court;
this document is a replacement ~~signed~~
purportedly signed by defendant on or about
8/15/00

BSS