U.S DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 00-4118- 00-6215-CR-Dimitrouleas

Plaintiff,

MAG. JUDGE: SELTZER

v.

RICHARD LLOYD SCRIVER,

Defendant.
_____/

### APPEARANCE AS CO-COUNSEL OF RECORD

COMES NOW, the Law Offices of H. SCOTT HECKER, P.A., and files this Notice of Appearance as Co-Counsel of Record for the Defendant herein. Please furnish undersigned counsel with all future pleadings in this case.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the U.S. Attorney's Office, 500 E. Broward Blvd, 7th Floor, Fort Lauderdale, FL 33301, this 24 day of AUGUST, 2000.

LAW OFFICES OF H. SCOTT HECKER, P.A.

H. SCOTT HECKER, ESQUIRE
Florida Bar Number 602530
817 Southwest First Avenue
Fort Lauderdale, FL 33301
(954) 523-3811
(954) 524-4169 (fax)
Attorney for Defendant

