ERR km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6215-CR-DIMITROULEAS(S)

21 USC §846
21 USC §841(a)(1)
18 USC §2



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| RICHARD SCRIVER, | ) |
| Defendant. | ) |
| _____ | ) |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT I

From on or about May 15, 2000 through on or about May 20, 2000, at Broward County,

in the Southern District of Florida, the defendant,

## RICHARD SCRIVER,

did knowingly and intentionally combine, conspire, confederate and agree with persons known

and unknown to the Grand Jury, to possess with intent to distribute a Schedule I controlled

substance, that is, a mixture and substance containing a detectable amount of



methylenedioxymethamphetamine (MDMA), in violation of Title 21, United States Code,

Section 841 (a)(1), all in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about May 19, 2000, at Broward County, in the Southern District of Florida, the

defendant,

## RICHARD SCRIVER,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled

substance, that is, a mixture and substance containing a detectable amount of

methylenedioxymethetamine (MDMA); in violation of Title 21, United States Code, Section

841(a)(1) and United States Code, Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name:  __RICHARD SCRIVER_____          No.:_____
Count #I:
Conspiracy to possess with intent to distribute Methylenedioxymethamphetamine; in

violation of  21:846._____

_____

*Max Penalty: Twenty (20) years' imprisonment; $1,000,000 fine._____

_____

_____


Count #: II
Possession with intent to distribute Methylenedioxymethamphetamine; in violation of

21:841(a)(1)._____

_____

_____

*Max Penalty: Twenty (20) years' imprisonment; $1,000,000 fine._____

_____

Count #:

_____

_____

*Max Penalty:  _____

_____

Count #:

_____

_____

*Max Penalty:  _____

**\*Refers only to possible term of incarceration, does not include possible fines,**
**restitution, special assessments, parole terms or forfeitures that may be applicable.**
REV: 12/12/96

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO.          00-6215-CR-DIMITROULEAS

v.                                **CERTIFICATE OF TRIAL ATTORNEY\***

RICHARD SCRIVER                    **Superseding Case Information**:

**Court Division**: (Select One)          New Defendant(s)          Yes ____          No _X_
                                           Number of New Defendants          ____
____ Miami  ____ Key West          Total number of counts          __2__
_X_ FTL  ____ WPB ____ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:          (Yes or No) _NO_
      List language and/or dialect    _English_

4.    This case will take  _3_   days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
      (Check only one)                              (Check only one)

      I     0  to  5 days          _X_          Petty          ____
      II    6  to 10 days          ____          Minor          ____
      III   11 to 20 days          ____          Misdem.          ____
      IV    21 to 60 days          ____          Felony          _x_
      V     61 days and over          ____

6.    Has this case been previously filed in this District Court?  (Yes or No) NO
If yes:
Judge: _____          Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) _Yes_
If yes:
Magistrate Case No.    _00-4118-SNOW_
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _NO_
Defendant(s) in state custody as of _____
Rule 20 from the _____          District of _____

Is this a potential death penalty case? (Yes or No) _____ NO

7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes _x_ No

8.    Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
EDWARD R. RYAN
ASSISTANT/UNITED STATES ATTORNEY
Court  No. A500053

\*Penalty Sheet(s) attached                                        REV.6/27/00