NIGHT BOX
FILED

SEP 0 8 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,                    CASE NO. 00-6215-CR-DIMITROULEAS

    Plaintiff,                               MAGISTRATE JUDGE SELTZER

vs.

RICHARD LLOYD SCRIVER,

    Defendant.
_____/

## MOTION TO CONTINUE

COMES NOW the Defendant, RICHARD SCRIVER, by and through his undersigned counsel, and moves this Honorable Court for a continuance of the trial of the above-styled matter. As grounds the Defendant states the following:

1.    The Defendant has been charged, via information, with one count of Conspiracy to Distribute a Controlled Substance (MDMA) Methylenedioxymethamphetamine. Upon information and belief, the United States intends to file a superseding indictment alleging one count of Conspiracy to Possess with Intent to Distribute Methylenedioxymethamphetamine; in Violation of 21:841(a)(1) and one count of Possession with Intent to Distribute Methylenedioxymethamphetamine; in Violation of 21:841(a)(1), instanter.

2.    On May 31, 2000, the undersigned filed his Permanent Appearance as Counsel of Record.

3.    On or about August 25, 2000, the Defense received the notice scheduling a calendar call and trial for September 15, 2000, at 9:00 a.m. and September 18, 2000, at 9:00 a.m., respectively.

4.    A continuance of the trial of the above-styled matter is needed for the following reasons:

    a.    Additional time is needed to complete discovery and analyze the Government's case-in-chief. Specifically, the undersigned needs additional time to investigate the confidential source and other potential witnesses, which could include James Beeson. Mr. Beeson has



recently plead guilty to the charges in United States of America vs. James Beeson, Case No. 00-6518-CR-Dimitrouleas. In addition, the undersigned needs time to evaluate the tape recorded conversation of all individuals involved, including the Defendant, James Beeson and confidential source.

     5.    Assistant United States Attorney Edward Ryan has not been reached for his position regarding the motion.

     6.    This motion is being made in good faith and not for purposes of delay.

     7.    The Defendant understands that this request for a continuance waives his right to a speedy trial under the statutory period set forth in Title 18 U.S.C.§ 3161.

WHEREFORE, the Defendant, requests this Honorable Court to grant this motion for continuance of the trial in the above-referenced matter.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 8th day of Sept. , 2000, to: Edward Ryan of the United States Attorney's Office, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394-3002 and to H. Scott Hecker, 517 Southwest First Avenue, Fort Lauderdale, Florida 33301.

**MAIER AND MARCHETTA**
Attorney for Richard Scriver
915 Middle River Drive
Suite 401
Fort Lauderdale, FL 33304
(954) 566-9889

By:      _____
ARTHUR E. MARCHETTA, JR.
Florida Bar #607479