```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION
```

UNITED STATES OF AMERICA,           CASE NO. 00-6215-CR-DIMITROULEAS

    Plaintiff,                   MAGISTRATE JUDGE SELTZER

vs.

RICHARD LLOYD SCRIVER,

    Defendant.

_____/

FILED by _____ D.C.

SEP 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

This Court having been presented with a Defense Motion to Continue and the Court being fully advised in the premises, hereby _Denys_ said Motion. _without prejudice to renew at the_ _calendar call_

DONE AND ORDERED in Broward County, Florida, this _11_ day of _September_, 2000.

/s/ William P. Dimitrouleas
United States District Judge

cc:  Arthur E. Marchetta, for Richard Lloyd Scriver
     Edward Ryan, United States Attorney's Office

F:\WORK\CLIENTS.CR\SCRIVER\OR.M4C

