## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by /HL D.C.
SEP 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6215-CR-WPD   DATE: September 15, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Richard Scriner

U.S. ATTORNEY: Ed Ryan   DEFT. COUNSEL: Arthur Marchetta

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's Motion to continue is granted. Cord Resets trial and finds that the time from today until trial is deemed excludable.

CASE CONTINUED TO: 10/20/00   TIME: 9:00   FOR: Cal Call
MISC: 10/23/00   9:00   trial period