RECEIVED & FILED IN OPEN COURT
ON 9-26-00 AT
_____ FtC _____, FLA.
C_____ _____ C___
United States District Court
Southern District of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,          CASE NO. 00-6215-CR-DIMITROULEAS

    Plaintiff,                    MAGISTRATE JUDGE SELTZER

vs.

RICHARD LLOYD SCRIVER,

    Defendant.
_____/

### MOTION TO AUTHORIZE TRAVEL OUTSIDE OF JURISDICTION

COMES NOW the Defendant, RICHARD SCRIVER, by and through his undersigned counsel, and requests this Honorable Court to authorize the Defendant's travel outside of the jurisdiction. As grounds the Defendant states the following:

1. The Defendant has been charged, via information, with one count of Conspiracy to Distribute a Controlled Substance (MDMA) Methylenedioxymethamphetamine. Upon information and belief, the United States intends to file a superseding indictment alleging one count of Conspiracy to Possess with Intent to Distribute Methylenedioxymethamphetamine; in Violation of 21:841(a)(1) and one count of Possession with Intent to Distribute Methylenedioxymethamphetamine; in Violation of 21:841(a)(1), instanter.

2. On May 31, 2000, the undersigned filed his Permanent Appearance as Counsel of Record.

3. At present, the Defendant has been released on a $200,000.00 personal surety bond.

4. Unfortunately, the Defendant has recently suffered a personal loss, in that several of his close friends have recently died unexpectedly as a result of an accident while attending the Indianapolis Formula One races on September 23, 2000.

5. The Defendant is desirous of attending the funerals of his friends and have an opportunity to mourn with their respective families.

6. The funerals are scheduled during the latter part of the week



of September 25, 2000 (see attached obituaries).

   7.   Assistant United States Attorney Edward Ryan has not been reached for his position regarding the motion.

   WHEREFORE, the Defendant, requests this Honorable Court to authorize travel outside of the jurisdiction for a period of ten (10) days.

   I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 26th day of Sept., 2000, to: Edward Ryan of the United States Attorney's Office, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394-3002 and to H. Scott Hecker, 517 Southwest First Avenue, Fort Lauderdale, Florida 33301.

                    **MAIER AND MARCHETTA**
                    Attorney for Richard Scriver
                    915 Middle River Drive
                    Suite 401
                    Fort Lauderdale, FL 33304
                    (954) 566-9889

         By:        _____
                    ARTHUR E. MARCHETTA, JR.
                    Florida Bar #607479



**SYLVESTRE, Dr. Armand Charles Joseph** 53 years, suddenly, September 23, 2000, in Indianapolis, Indiana. Beloved husband of Cindy (nee Gillett). Son of the late Eric (1997) and Margaret Sylvestre (1996). Dear son-in-law of Shirley Langlaad-Leamington, and the late George (1997). Dear brother of Carmelle and husband Hilary Simcoe - Thornhill, Ont. and Helen Sylvestre and Pietro Gondreau - Ottawa. Dear brother-in-law of Tony and Bonnie Marcotte, Robert Gillett, Rick and Dorothy Gillett, and Nicole Longland and fiancé Dave Girard. Dear godfather to Dean, Ryle and Cole Rymerson. Dear uncle of Jessica, Rebecca, Adam, Jenna, Andrea and Ryan. Also Special friend to Vanessa. Also survived by many aunts, uncles, nieces and nephews. Dr. Sylvestre will be Resting at the Windsor and Belle River, on Chapel Funeral Home, 1700 Tecumseh Rd East, on Tuesday from 2-5 and 7-9 p.m. Prayers Tuesday at 8:00 p.m. The family will receive friends on Wednesday, September 27, 2000, at St. Simon and Jude Catholic Church (488 St. Charles Street) in Belle River, for visitation from 9:00 a.m. until time of funeral mass at 10:00 a.m. Interment to follow in St. Joachim Cemetery. As your expression of sympathy, donations may be made to the charity of your choice.

**GILBERT, Dr. David Herbert (Dave)** A resident of Lighthouse Cove died unexpectedly as a result of an accident while attending the Indianapolis Formula One races on Saturday, September 23, 2000, at the age of 47. David was a longtime resident and respected dentist in Tilbury. Born in Chatham, David is survived by his loving and devoted wife of 21 years, Kathi (Cooper) Gilbert, and his son Gregory, at home. Dear brother of Pat Sylvestre and her husband Bill of Erieau. Brother-in-law of Robert Cooper of Merlin, John Cooper and his wife Beth of Blenheim, and Carol Carroll and her husband John of Houston, Texas. Son-in-law of Ronald and Lillian Cooper of Merlin. Uncle of Britton Cooper of Blenheim, Laurie and Cody's Carroll of Texas, Jessica Sykes and Lane Cooper of Blenheim. Also survived by Godson John Salsman and numerous aunts, uncles, and cousins. David will also be missed by his loving and devoted friends, patients and staff. Funeral arrangements incomplete at press time. For further information, please call McKinlay Funeral Home, 459 St. Clair St., Chatham (519) 351-2040.

**RIEBANY, Barry Gerard** 45 years, suddenly on September 23, 2000, in Indianapolis, Indiana. Beloved husband of Denise (nee Todesco). Loving father of Annette Ribbany and the late Bernard (1976). Dear son-in-law of John and Lucetta Todesco. Dearest brother-in-law of Giacomo and his husband Ron Paolini. Brother of Lynn Sterritt, Uncle to Jessica and Bradley Pasqlin, Cameron and Emily Graham, and survived by many aunts, uncles and cousins. Mr. Ribbany was the president of Windsor Volvo-Hyundai. Resting at the Windsor Chapel Funeral Home, 1700 Tecumseh Rd. East, on Tuesday from 2-5 and 7-9 p.m. The family will receive friends on Wednesday, September 27, 2000, at St. Gregory The Great Catholic Church (13789 St. Gregory's Road), in St. Clair Beach, Ontario, for visitation from 9:00 a.m. until time of funeral mass at 10:06 a.m. Interment to follow at Heavenly Rest Cemetery. As your expression of sympathy, donations may be made to the charity of your choice.