DEFT: Richard Scriver (B)  CASE NO: 00-6215-CR-Dimitrouleas (s)
AUSA: Ed Ryan /Thompson  ATTNY: Arthur Marchetta present
AGENT: ___  VIOL: ___
PROCEEDING: Arraignment on SS Indictment  BOND REC: ___
BOND HEARING HELD - yes/no  COUNSEL APPOINTED: ___
___ BOND SET @ ___
CO-SIGNATURES: ___   SEP 2 6 2000
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services; treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
   ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

emergency motion
to travel. addressed
in open court - referred
to LSS who set bond
* to give AUSA time to
respond

NEXT COURT APPEARANCE:  DATE: ___  TIME: ___  JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE: ___

DATE: 9-26-00   TIME: 11:00am   TAPE # 00-073   PG # 1
               11:40              145-300