

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6215-CR-Dimitrouleas (s)

UNITED STATES OF AMERICA

vs

Richard Scriver

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    9-26-00    , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: See Bond

Telephone:

DEFENSE COUNSEL: Name: Arthur Marchetta

Address:

Telephone:

BOND SET/CONTINUED: $ Cont'd on bond as set

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this  26  day of September , 20 00 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-073

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services