UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,          CASE NO. 00-6215-CR-DIMITROULEAS

    Plaintiff,                         MAGISTRATE JUDGE SELTZER

vs.

RICHARD LLOYD SCRIVER,                             **NIGHT BOX FILED**

    Defendant.                                      SEP 2 6 2000
_____/
                                                                     CLARENCE MADDOX
**EMERGENCY AMENDED MOTION TO AUTHORIZE TRAVEL OUTSIDE OF JURISDICTION** CLERK, USDC/SDFL/FTL

COMES NOW the Defendant, RICHARD SCRIVER, by and through his undersigned counsel, and requests this Honorable Court to authorize the Defendant's travel outside of the jurisdiction. As grounds the Defendant states the following:

1. The Defendant has been charged, via supersedeas indictment, with one count of Conspiracy to Possess with Intent to Distribute Methylenedioxy-methamphetamine; in Violation of 21:841(a)(1) and one count of Possession with Intent to Distribute Methylenedioxy-methamphetamine; in Violation of 21:841(a)(1).

2. On May 31, 2000, the undersigned filed his Permanent Appearance as Counsel of Record.

3. At present, the Defendant has been released on a $200,000.00 personal surety bond.

4. Unfortunately, the Defendant has recently suffered a personal loss, in that; three of his close friends have recently died unexpectedly as a result of an accident while attending an automobile racing event in Indianapolis, Indiana.

5. The Defendant is desirous of attending the funerals of his friends and have an opportunity to mourn with their respective families.

6. The funerals are scheduled for Wednesday, September 27, 2000, in Windsor, Ontario (see attached).

7. Assistant United States Attorney Edward Ryan has not been reached for his position regarding the motion.

F:\WORK\CLIENTS.CR\SCRIVER\M2TRAVEL.WPD    1



WHEREFORE, the Defendant, requests this Honorable Court to authorize travel outside of the jurisdiction for a period of five (5) days between Tuesday, September 26, 2000, and Sunday, October 1, 2000.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 26th day of Sept., 2000, to: Edward Ryan of the United States Attorney's Office, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394-3002 and to H. Scott Hecker, 517 Southwest First Avenue, Fort Lauderdale, Florida 33301.

**MAIER AND MARCHETTA**
Attorney for Richard Scriver
915 Middle River Drive
Suite 401
Fort Lauderdale, FL 33304
(954) 566-9989

By: _____
ARTHUR E. MARCHETTA, JR.
Florida Bar #607479

**SYLVESTRE, Dr. Armand Charles Joseph** 53 years; suddenly, on September 23, 2000, in Indianapolis, Indiana. Beloved husband of Cindy (nee Gillett). Son of the late Eric (1987) and Margaret Sylvestre (1946). Dear son-in-law of Shirley Langlois-Leamington, and the late George (1997). Dear brother of Charmaine, and husband Henry Simeon - Thornhill. Out- and Helen Sylvestre and Pierre Goudreau - Ottawa. Dear brother-in-law of Tony and Bonnie Mauciotta, Robert Gillett, and Dorothy Gillett, and Nicole Longford and Steve Dave Girard. Dear godfather to Jenna, Ryan and Cole Rymerton. Dear uncle of Jessica, Rebecca, Adam, Jenna, Andrea and Ryan. Special friend to Vanessa. Also survived by many aunts, uncles, nieces and nephews. Dr. Sylvestre was in practice in Windsor and Belle River for 18 years. Resting at the Windsor Chapel Funeral Home, 1700 Tecumseh Rd. East. on Tuesday from 2-5 and 7-9 p.m. Prayers Tuesday at 8:00 p.m. The family will receive friends on Wednesday, September Z7, 2000, at St. Simon and Jude Catholic Church, (488 St. Charles Street) in Belle River, for visitation from 9:00 a.m. until time of funeral mass at 10:00 a.m. Interment to follow in St. Joachim Cemetery. As your expression of sympathy, donations may be made to the charity of your choice.

**GILBERT, Dr. David Herbert (Dave)** A resident of Lighthouse Cove died unexpectedly as a result of an accident while attending an Indianapolis Formula One race on Saturday, September 23, 2000, at the age of 47. David was a longtime resident and respected dentist in Tilbury. Born in Chatham, son of Elroy and Mary (Toghan) Gilbert in 1953. David is survived by his loving and devoted wife of 23 years, Kathi (Cooper) Gilbert, and his son Gregory, at home. Dear brother of Pat Sylvester and husband Bill of Ethiam Cooper of Merlin, John Cooper and his wife Beth of Blenheim, and Carol Carrell and her husband John of Houston, Texas. Son-in-law of Ronald and Lillian Cooper of Merlin. Uncle of Brixton Cooper of Blenheim, Laura and Cathy's Carrell of Texas, Jessica Sykes and Lane Cooper of Blenheim. Also survived by Godson John Sulinas and numerous aunts, uncles, and cousins. David will also be missed by his loving and devoted friends, patients and staff. Funeral arrangements incomplete at press time. For further information, please call McKinlay Funeral Home, 459 St. Clair St., Chatham (519) 351-2040. —(Thu)

**RIBBANY, Barry Gerard** 43 years, suddenly, on September 23, 2000, in Indianapolis, Indiana. Beloved husband of Denise (nee Todesco). Loving father of Vanessa, Montchrished son of Annette Ribbany and the late Bernard (1976). Dear son-in-law of John and Loretta Todesco. Dearest brother-in-law of Gianna and her husband Ron Paoba, Brother of Lynn Sterritt, Uncle to Jessica and Bradley Paoba, Jessica, Graham, Cameron and Emily Sterritt; and consisting of many aunts, uncles and cousins. Ribbany was the president of Windsor Volvo-Hyundai. Resting at the Windsor Chapel Funeral Home, 1700 Tecumseh Rd. East on Tuesday from 2-5 and 7-9 p.m. The family will receive friends on Wednesday, September 27, 2000, at St. Gregory The Great Catholic Church (13729 St. Gregory's Road), in St. Clair Beach, Ontario for visitation from 9:00 a.m. until time of funeral mass at 10:00 a.m. Interment to follow at Heavenly Rest Cemetery. As your expression of sympathy, donations may be made to the charity of your choice.