UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6215-CR-DIMITROULEAS

UNITED STATES OF AMERICA,          :

    Plaintiff,                     :

v.                                 :

RICHARD LLOYD SCRIVER,             :

    Defendant.                     :

FILED by _____ D.C.
SEP 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### O R D E R

THIS CAUSE is before the Court on defendant **Richard Lloyd Scriver's** Emergency Motion to Authorize Travel Outside of Jurisdiction (filed September 26, 2000), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The defendant is permitted to travel to Windsor, Ontario, from September 27, 2000 through October 1, 2000. All other conditions of bond are to remain in full force and effect. It is further

ORDERED that the defendant provide Pretrial Services with the name, address and telephone number where he will be residing in Windsor, Ontario.

DONE AND ORDERED at Fort Lauderdale, Florida, this 27th day of September, 2000.

                                           _Lurana S. Snow_
                                           LURANA S. SNOW
                                   UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Ed Ryan (FTL)
PTSO John Hinson (MIA)
Arthur Marchetta, Esq.

