ORIGINAL

**U.S DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

UNITED STATES OF AMERICA                CASE NO.: 00-6215-CR-DIMITROULEAS

    Plaintiff,                                              MAG. JUDGE: SELTZER

v.

RICHARD LLOYD SCRIVER,

    Defendant.
_____/

## MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD

COMES NOW, H. SCOTT HECKER, ESQUIRE, and files this his Motion to Withdraw as Co-Counsel of Record and in furtherance thereof would state as follows:

1. That H. Scott Hecker is presently co-counsel of record for the Defendant.

2. That certain differences have arisen between the undersigned counsel and Defendant.

3. That said differences are irreconcilable and preclude the undersigned from properly representing the interests of Defendant.

4. Based on the foregoing, it is necessary for the undersigned to end his representation of Defendant, in the instant case.

5. It is in the best interests of both attorney and client that this attorney/client relationship be terminated due to their inability to properly communicate, coordinate and work together.

6. That the Defendant is in the process of hiring attorney Jeanne Baker, to represent him as co-counsel in this matter.

7. That undersigned counsel has spoken to lead counsel in this matter, Art Marchetta, who has no objection to undersigned counsel withdrawing in this matter.

WHEREFORE, based on the foregoing, the undersigned prays that the Honorable Court grant his Motion to Withdraw as Counsel of Record in this instant matter.



I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the U.S. Attorney's Office, 500 E. Broward Blvd, 7th Floor, Fort Lauderdale, FL 33301, and to the Defendant, via regular and certified mail to Richard Scriver, at 4925 Collins Ave., #12E, Miami Beach, Florida, 33140, this __17__ day of OCTOBER, 2000.

LAW OFFICES OF H. SCOTT HECKER, P.A.

_____
H. SCOTT HECKER, ESQUIRE
Florida Bar Number 602530
517 Southwest First Avenue
Fort Lauderdale, FL 33301
(954) 523-3811
(954) 524-4169 (fax)
Co-Counsel for Defendant