UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6215-CR-DIMITROULEAS

Plaintiff,

vs.

RICHARD LLOYD SCRIVER,

Defendant.
_____/

## ORDER ON MOTION TO WITHDRAW AS CO-COUNSEL

THIS CAUSE having come on to be heard on Motion To Withdraw as Co-Counsel, and

the Court having reviewed said motion, and being otherwise advised in the Premises, it is

hereupon,

ORDERED AND ADJUDGED that said Motion, be and the same is hereby DENIED

without prejudice to refile, indicating the Defendant has no objection or to file a substitution of

counsel.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

19 day of October, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

H. Scott Hecker, Esq., Co-Counsel for Defendant
Arthur E. Marchetta, Attorney for Defendant
Edward Ryan, Assistant United States Attorney

