## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by ___ D.C.
OCT 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6215-CR-WPD    DATE: October 20, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA   VS.  Richard Scriver

U.S. ATTORNEY: Roger Bradford p/o  Ed Ryan   DEFT. COUNSEL: Arthur Marchetta

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Counsel renew their motion to withdraw. Marchetta & Hecker are allowed to withdraw (motion granted). Jeanne Baker enters her appearance. Court grants motion to continue and finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 11/24    TIME: 9:00    FOR: Cal Call
MISC: 11/27 trial period

