UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,　　　　CASE NO. 00-6215-CR-DIMITROULEAS
　　　　Plaintiff,　　　　　　　　　　　Magistrate Judge Seltzer

v.

RICHARD LLOYD SCRIVER,
　　　　Defendant.
_____/

### NOTICE OF SUBSTITUTION
### OF PERMANENT APPEARANCE OF COUNSEL
### FOR DEFENDANT RICHARD SCRIVER

　　　　The law firm of Jeanne Baker, Esq., and David Tucker, Esq. of the law firm of Tucker and Kotler, P.A., hereby file this substitution of appearance for Arthur E. Marquetta, Esq. and H. Scott Hecker, Esq. on behalf of defendant RICHARD SCRIVER.

　　　　Undersigned counsel agree to represent the defendant for all trial proceedings in connection with this matter. Undersigned counsel hereby state that this appearance is in conformity with the requirements of Local Rule 11.1(D) and Rule 4 of the Special Rules Governing Admission and Practice of Attorneys.

　　　　This appearance is for trial purposes only, and does not constitute an appearance in any appellate proceedings. Undersigned counsel acknowledge the responsibility to advise the defendant of the right to appeal and to file a timely Notice of Appeal if requested to do so by the defendant.



Respectfully Submitted,

| | |
|---|---|
| **JEANNE BAKER, ESQ.** | **TUCKER AND KOTLER, P.A.** |
| Attorney at Law | Attorneys at Law |
| 2937 Southwest 27th Avenue, Suite 202 | 2600 Douglas Road, Suite 2600 |
| Miami, Florida 33133 | Coral Gables, Florida 33134 |
| (305) 443-1600 | (305)461-3627 |

By: /s/ Jeanne Baker

**JEANNE BAKER, ESQ.**
Florida Bar No. 088070

By: /s/ David K. Tucker

**DAVID K. TUCKER, ESQ.**
Florida Bar. No. 406023

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed this 24th day of October, 2000, to: Assistant United States Attorney Edward Ryan, United States Attorney's Office, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394-3002; Arthur E. Marchetta, Esq., 915 Middle River Drive, Suite 401, Fort Lauderdale, FL 33304; H. Scott Hecker, Esq., 517 Southwest First Avenue, Fort Lauderdale, Florida 33301; and Bruce Lyons, Esq. 600 N.E. 3rd Avenue, Fort Lauderdale, Florida 33304.

By: /s/ Jeanne Baker

**JEANNE BAKER, ESQ.**