ERR km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6215-CR-DIMITROULEAS(s)
21 USC § 846
21 USC § 841(a)(1)
18 USC § 2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | |
| RICHARD SCRIVER, ) | |
| Defendant. ) | |



## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about May 15, 2000 through on or about May 20, 2000, at Broward County, in the Southern District of Florida, the defendant,

### RICHARD SCRIVER,

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3,4-methylenedioxy amphetamine (MDA), in violation of Title 21, United States Code, Section 841 (a)(1), all in violation of Title 21, United States Code, Section 846.



COUNT II

On or about May 19, 2000, at Broward County, in the Southern District of Florida, the defendant,

RICHARD SCRIVER,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3,4-methylenedioxy amphetamine (MDA); in violation of Title 21, United States Code, Section 841(a)(1) and United States Code, Section 2.

A TRUE BILL

*Leonard [signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. __00-6215-CR-DIMITROULEAS(s)__ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| RICHARD SCRIVER | **Superseding Case Information**: |

**Court Division:** (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)   Yes ___   No _X_
Number of New Defendants ___
Total number of counts    _2_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _NO_
   List language and/or dialect   _English_

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days       _X_         Petty      ___
   II   6 to 10 days      ___         Minor      ___
   III  11 to 20 days     ___         Misdem.    ___
   IV   21 to 60 days     ___         Felony     _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __YES__
   If yes:
   Magistrate Case No.  __00-4118-SNOW__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) ___NO___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A500053

*Penalty Sheet(s) attached

REV.6/27/00

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: Richard Scriver     No.: 00-5215-CR-DIMITROULEAS(S)

**Count #:1**
Conspiracy to PWID 3,4-Methylenedioxy amphetamine (MDA)

Title 21, United States Code, Section 846

*Max. Penalty: Twenty (20) years' Imprisonment; $1,000,000 Fine

**Count #: 2**
PWID 3,4-Methylenedioxymeth amphetamine (MDA)

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: Twenty (20) years' imprisonment; $1,000,000 Fine

**Count #:**

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96