ERR hkp

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6215-CR-DIMITROULEAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs | ) |
| | ) |
| **RICHARD SCRIVER,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**NOTICE OF ASSIGNMENT**

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney DANA WASHINGTON.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

EDWARD RYAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number: A500053
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3514
Facsimile: (954) 356-7336
E-Mail: EDWARD RYAN@justice.usdoj.gov

cc: DEA S/A Nancy Cook



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this __8__ day of November 8, 2000, to:   Arthur E. Marchetta, Jr., Esq., 915 Middle River Dr., 401, Ft Lauderdale, FL 33314.

_____
EDWARD RYAN
ASSISTANT UNITED STATES ATTORNEY