UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6215-CR-DIMITROULEAS

    Plaintiff,

vs.

RICHARD LLOYD SCRIVER,

    Defendant.

_____/



### ORDER DENYING WITHOUT PREJUDICE
### MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM

THIS CAUSE having come on to be heard on the Ex-Parte Motion of the Defendant,

Richard Lloyd Scriver, for Issuance of Subpoena Duces Tecum to be Produced Prior to Trial, and

the Court having considered the matter and having jurisdiction over the premises:

IT IS ORDERED:

1. The Defendant's Motion is hereby Denied, without prejudice to defendant's requesting

an in-camera hearing.

2. There is no showing that Defendant is indigent. U.S. Hart, 826 F. Supp. 380, 383 (D.

Colo. 1993).

3. The Defendant has not shown that the document has been requested with adequate

specificity. U.S. v. Hang, 75 F. 3d 1275, 1283 (8th Cir. 1996).

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

____ day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David K. Tucker, Esquire
Douglas Centre, Suite 1108
2600 Douglas Road
Coral Gables, Florida 33134-6125

Jeanne Baker, Esquire
Grove Forest Plaza, Suite 202
2937 Southwest 27th Avenue
Coconut Grove, Florida 33133-3703