UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6215-CR-DIMITROULEAS

    Plaintiff,

vs.

RICHARD LLOYD SCRIVER,

    Defendant.

_____/

## ORDER SETTING HEARING

    THIS CAUSE having been heard upon Defendant's November 20, 2000 Motion To

Suppress Statements [DE-53], this Court grants an evidentiary hearing and sets it for Friday,

November 24, 2000 at 10:00 A.M.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

___ day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David K. Tucker, Esquire
2600 Douglas Road, #1108
Coral Gables, FL 33134-6125

Dana Washington, AUSA

Jeanne Baker, Esquire
2937 S.W. 27th Avenue, #202
Miami, FL 33133