UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,　　　　CASE NO. 00-6215-CR-DIMITROULEAS
　　　　Plaintiff,　　　　　　　　　　Magistrate Judge Seltzer

v.

RICHARD LLOYD SCRIVER,
　　　　Defendant.
_____/

## JOINT MOTION TO CONTINUE EVIDENTIARY HEARING
## FOR ONE DAY

The defendant Richard Lloyd Scriver and the government jointly move this Court pursuant to Local Rule 7.6 and Fed.Rules Crim.Pro. Rule 45(b) for a one-day continuance of the evidentiary hearing on the Defendant's Motion to Suppress Statements. In support of this motion, the parties state as follows:

1. Trial is due to commence in this case on Monday, November 27, 2000 at 9:00 a.m. Under the Court's scheduling order, the evidentiary hearing on Defendant's Motion to Suppress Statements (hereafter "the evidentiary hearing") is scheduled to be held on Friday, November 24, 2000, at 10:00 a.m.

2. Both parties request, for different reasons set forth below, that the evidentiary hearing be continued one day, from Friday November 24 to Monday, November 27, to be held just prior to the commencement of the trial.

3. The defendant's reason for requesting this one day continuance is that one of his trial counsel, David K. Tucker, will be out of the country on Friday, November 24, 2000 on a



Thanksgiving-week family vacation that was planned and paid for long before the trial date in this case was set. Mr. Tucker will not return to Miami until Sunday, November 26, 2000. Although the defendant's other counsel, Jeanne Baker, can and will be in court on Friday, November 24, 2000, she will have no one to assist her at counsel table other than the Defendant himself (who has no training in or experience in the criminal justice system) -- in contrast to the government's situation in which the prosecutor is habitually, and presumably will be in this instance, assisted by a trained and experienced case agent. The absence of such assistance is particularly discomfitting for the defense because, in its view, success on the Motion to Suppress Statements could be dispositive of the entire case. The defendant therefore requests that he not be deprived of the opportunity to be represented by both of his counsel at the evidentiary hearing.

4. The government's reason for requesting this one day continuance is its desire to use its law-enforcement resources most efficiently. The law-enforcement witnesses whom the government needs to bring to the evidentiary hearing must also be in attendance in court at the trial, commencing Monday November 27, 2000. It is anticipated that the evidentiary hearing will not take more than two hours, including arguments. Therefore, it would be much more efficient and would conserve government resources if the evidentiary hearing were to be conducted on the same day as, and immediately prior to, the commencement of the trial. Such a continuance would also be particularly appreciated by the law-enforcement witnesses as it would permit them to take the extended Thanksgiving holiday that has become traditional in the American workplace.

WHEREFORE, defendant Scriver and the government respectfully request that this Honorable Court grant this joint motion for a one-day continuance of the evidentiary hearing on the Defendant's Motion to Suppress Statements.

2

Respectfully submitted,

AUSA Dana O. Washington
United States Attorney's Office
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394-3002

Jeanne Baker
Attorney at Law
2937 Southwest 27th Avenue, ste. 202
Miami, Florida 33131-3703
(305) 443-1600
Florida Bar No. 0880700

By: _____
Jeanne Baker, Esq.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was hand-delivered this ____ day of November, 2000, to Assistant United States Attorney Dana O. Washington, United States Attorney's Office, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394-3002.

By: _____
Jeanne Baker, Esq.