UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6215-CR-DIMITROULEAS

    Plaintiff,

vs.

RICHARD LLOYD SCRIVER,

    Defendant.
_____/

## ORDER

THIS CAUSE having been heard upon Defendant's November 22, 2000 Joint Motion To Continue Evidentiary Hearing [DE-55], and the Court having reviewed the Court file, finds as follows:

1. On October 23, 2000, this Court continued the trial of this case until November 27, 2000, with a Calendar Call on November 24, 2000 [DE-46].

2. On November 20, 2000, the Defendant filed his Motion to Suppress Statements [DE-53]. On that date the Court granted an evidentiary hearing and scheduled it for November 24, 2000.

3. On November 22, 2000, the Defendant requested an opportunity to ex parte give the Court reasons for an in camera review of the PSI of a cooperating witness [DE-56]. By separate order, the Court has granted the request to ex parte the Court on that issue and set the time for November 24, 2000.

4. The Court has other cases that may also be ready for trial beginning on November 27, 2000. Lombardi v. Citrix, case number 99-7402-CIV, has already announced ready for trial.



5. A two hour block of time is a significant amount of time to this Court. Moreover, this Court will not be able to be in session on November 30, 2000. Finally, the Court has offered to assist Judge Lenard in trying a criminal case in the near future because of her impending long trial.

Wherefore, Defendant's Joint Motion to Continue Evidentiary Hearing For One Day is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 22 day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jeanne Baker, Esquire
2937 S.W. 27th Avenue, #202
Miami, FL 33131-3703

Dana Washington, AUSA