UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6215-CR-DIMITROULEAS

      Plaintiff,

vs.                                                       

RICHARD LLOYD SCRIVER,

      Defendant.

_____/

## **ORDER**

THIS CAUSE having been heard upon Defendant's November 22, 2000, Motion For

Release of Exculpatory or Impeachment Portions of PSI [DE-56] and the Court having reviewed

the Court file, finds as follows:

     1. The Court has the discretion to review the PSI in camera. U.S. v. Wallace, 32 F. 3d

921 (5th Cir. 1994); U.S. v. Phillips, 854 F. 2d 273 (7th Cir. 1988); U.S. v. Johnson, 199 F. 3d

123, 128 (3d Cir. 1999).

     2. The Court has James Blake Beeson's PSI, and will have reviewed it prior to Mr.

Beeson's sentencing on November 24, 2000 at 9:00 A.M.

     3. The Court will allow defense counsel to explain ex parte to this Court how

information in Beeson's PSI might be favorable to the Defendant. That disclosure may be made

at the previously scheduled hearing on November 24, 2000 at 10:00 A.M.

     Wherefore, Defendant's Joint Motion For Release of PSI is Denied, without prejudice to

the Court's receiving ex parte reasons for disclosure and possibly doing an in camera review at

that time.



DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jeanne Baker, Esquire
2937 S.W. 27th Avenue, #202
Miami, FL 33131-3703

Dana Washington, AUSA

David Tucker, Esquire
2600 Douglas Road, #1108
Coral Gables, FL 33134-6125