UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | CASE NO. 00-6215-CR-DIMITROULEAS<br>Magistrate Judge Seltzer |
| v. | |
| RICHARD LLOYD SCRIVER,<br>Defendant.<br>_____ / | |



### DEFENDANT SCRIVER'S
### PROPOSED VOIR DIRE QUESTIONS

1. Does everyone understand that drugs are not on trial here today, but rather a person accused of a certain federal crime? Does any member of the panel have such strong feelings against drugs that he or she could not be fair to someone charged with distribution of drugs? Who thinks that the drug laws should be more strict?

2. During the course of the trial, you will hear reference to a the drug called "ecstasy." Is there anything about the fact that "ecstasy" is involved prevent you from being a fair and impartial juror?

3. Have you read any newspaper or magazine articles or heard anything on television or radio about the availability of "ecstasy" in South Florida. If so, what do you recall? And how does that information affect your ability to be a fair and impartial juror?

4. Does anyone believe that we have a significant problem with the availability of

1



"ecstasy" in South Florida? Is so, how does that belief affect your ability to be a fair and impartial juror?

5. Have any of you ever had the experience of being asked to do something for a friend and agreeing because the friend asked?; or the experience of being persuaded to go along with something a friend wants to do so that you could get something you want?; or the experience of agreeing to do something because you were told it was the only way you could get something that you wanted very much?

6. In this case, the government will call as witnesses law enforcement agents employed by such agencies as the Drug Enforcement Agency. Would anyone tend to believe a United States government agent more than another witness? Do you recognize that they are human and can make mistakes? Does anyone find it difficult to believe that United States government agents do not always tell the truth -- even when they testify under oath?

7. In this case, the government may call as a witness a man who was charged with and plead guilty to the same crime for which the defendant is on trial here today. Do you recognize that sometimes a person who has pled guilty may have a motive to lie or fabricate testimony in order to gain some benefit for himself, like a reduced sentence?

8. Do you all understand and appreciate the fact that the indictment itself is only an accusation and not evidence of any kind?

9. Do any of you believe in guilt by association? If so, please explain.

10. Will the fact that the government has spent time and money to prosecute this case affect your judgment in deciding on the defendant's guilt or innocence?

11. The defendant has asserted his innocence by entering a plea of not guilty. Do you feel

you can give him the presumption of innocence while listening to and considering the evidence in this case?

12. I will ask each of you at this time to search your own mind to see if there is any experience that you have had at any time during your life that might tend to bear upon your ability to sit as a fair and impartial juror in this case. Please take your time in doing so because it is of the utmost importance that the parties select twelve jurors, all of whom will be completely fair and impartial and influenced by any bias, prejudice or sympathy of any kind. If there is any such experience, you should not hesitate to reveal it to the court at this time. **[After a brief pause, ask:]** Now that you have had an opportunity to reflect on my comments, is there anything that any of you feel would affect your ability to be completely fair and impartial in this trial?

Respectfully Submitted,

**JEANNE BAKER**
Attorney at Law
2937 Southwest 27th Avenue, ste. 202
Miami, Florida 33131-3703
(305) 443-1600
Florida Bar No. 0880700

**DAVID K. TUCKER**
Tucker & Kotler, P.A.
2600 Douglas Road, ste. 1108
Coral Gables, Florida 33134-6125
(305) 461-3627
Florida Bar No.406023

By: *[signature]*
Jeanne Baker, Esq.

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was hand-delivered this 24th day of November, 2000, to Assistant United States Attorney Dana O. Washington, United States Attorney's Office, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394-3002.

By: /s/ Jeanne Baker
Jeanne Baker, Esq.

4