UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6215-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

RICHARD SCRIVER

_____/

## GOVERNMENT'S NOTICE OF EXPERT TESTIMONY

The United States of America, by and through the undersigned Assistant United States Attorney hereby provides notice pursuant to Fed. R. Crim. P. 16(a)(1)(E) of the Government's intent to use expert testimony in its case-in-chief at trial, and states as follows:

**Name of Witness**: Juan C. Bruna

**Training/Qualifications**: See attached Summary of Training and Qualifications.

**Summary of Testimony/Opinion and basis**:

The government intends to call Juan C. Bruna, a qualified forensic chemist who will give an expert opinion that the material seized by agents of the DEA on May 19, 2000 and introduced into evidence by the government contains 3,4 Methylenedioxyamphetamine with net weights of 1927 grams and 362.6 grams He will also testify that two of the tablets tested contained caffeine. The basis of the opinion is a gas chromatography/mass spectrometry and Fourier Transform



Infrared Spectrophotometry test conducted by the witness, according to generally accepted practices and procedures. A copy of his report was previously provided as part of the government's response to the standing discovery order filed on September 29, 2000.

The government also intends to call Detective Eladio Paez, City of Miami Police Department. Detective Paez will testify that he has been a police officer for 19 years with the last 16 years devoted to narcotics investigations. He will testify that, based upon the his training and experience, the drug "Ecstacy" has a wholesale value of between $6.00 and $10.00 per tablet and a street value of between $15.00 and $30.00 per tablet. Furthermore, he will testify that based on his knowledge, and experience, the quantity of narcotics seized from the defendants is indicative of distribution quantities.

Having made this disclosure, the government hereby demands a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703 or 705 of the Federal Rules of Evidence, describing the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500418
500 E. Broward Blvd.
Ft. Lauderdale, FL 33394
Phone: (954) 356-7255 ext. 3520
Fax: (954) 356-7336

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via facsimile this day, November 22, 2000, to:

David K. Tucker, Esq.
2600 Douglas Road
Douglas Center, Suite 1108
Coral Gables, FL 33134-6125
Fax: (305) 461-3628

Jeanne Baker, Esq.
2937 Southwest 27th Avenue, Suite 202
Miami, FL 33131-3703
Fax: (305) 445-9666

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY

*Juan C. Bruna*
*Southeast Laboratory*
*Miami, Florida 33166*
*(305) 590-4830*

## EDUCATION

| | |
|---|---|
| August 1993 (began work) | Master of Science (Thesis, in Chemistry), (expected Dec. 1998. Florida International University, Miami, Florida |
| May 1993 | Bachelor of Science (Chemistry) Barry University, Miami, Florida |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Present- May 1996 | DEA Forensic Chemist Southeast laboratory, Miami Florida |
| January 1996 March 1994 | Forensic Chemist Intern Metro-Dade Police Department, Miami, Florida |

## TRAINING RECEIVED

Seven months of intensive on-the-job training at Southeast Regional Laboratory, including the following: Microscopic analysis of plant material, microcrystalline analysis, screening techniques, separation techniques, Gas Chromatography, Gas Chromatography / Mass Spectrometry, Infrared spectrometry, Nuclear Magnetic Resonance, Ultraviolet Spectroscopy, and the identification of controlled substances.

Three week Basic Forensic Chemist Training School in Leesburg, Virginia

One week training on trace evidence detection using a Barringer 350 model Ion scan.

Clandestine Laboratory certification training at Quantico, Virginia.

One week training on HP HPLC 1100 series

*RESUME*

*Juan C. Bruna*
*Southeast Laboratory*
*Miami, Florida 33166*
*(305) 590-4830*

## EDUCATION

| | |
|---|---|
| August 1993 (began work) | Master of Science (Thesis, in Chemistry), expected upon completion of thesis, Florida International University, Miami, Florida |
| May 1993 | Bachelor of Science (Chemistry) Barry University, Miami, Florida |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Present- May 1996 | DEA Forensic Chemist Southeast laboratory, Miami Florida |
| Sept. 1998 June 1996 | Consultant for TQC (Cardiac Section) Dade International, Miami, Florida |
| June 1996 January 1996 | Research Assistant Dade International, Miami, Florida |
| January 1996 August 1993 | Graduate Teaching Assistant Florida International University, Miami, Florida |
| January 1996 March 1994 | Forensic Chemist Intern Metro-Dade Police Department, Miami, Florida |
| January 1996 August 1993 | Graduate Research Assistant Florida International University, Miami, Florida |
| May 1993- September 1991 | Research Assistant Barry University, Miami, Florida |
| August 1992- June 1992 | Research Assistant University of Miami, Coral Gables, Florida |

## PRESENTATIONS

| | |
|---|---|
| August 1995 | Jose R. Almirall, Kenneth G. Furton, and Juan C. Bruna, *A Fast and Simple Method for the Analysis of Accelerants From Fire Debris Using Headspace Solid-Phase Microextraction,* An International Symposium on the Forensic Aspects of Arson Investigations- Federal Bureau of Investigations, Fairfax, Virginia |

| | |
|---|---|
| May 1995 | Juan C. Bruna, Jose R. Almirall and Kenneth G. Furton, *The Application of Direct and Headspace Solid-Phase Microextraction to the Analysis of Forensic Science Casework*, 1995 Joint Annual Meeting - Florida Sections American Chemical Society, Orlando, Florida |
| March 1995 | Juan C. Bruna, Jose R. Almirall and Kenneth G. Furton, *The Rapid Ultra-Trace Analysis of Accelerants from Fire Debris Using Headspace Solid Phase Microextraction*, (Oral Presentation), The Pittsburgh Conference, New Orleans, Louisiana |
| March 1995 | Juan C. Bruna, *Uses of SPME in Identifying Accelerants in Arson Samples*, (GUEST SPEAKER), Supelco's Second SPME Users' Meeting, The Pittsburgh Conference, New Orleans, Louisiana |
| February 1995 | J.R. Almirall, K.G. Furton, and J.C. Bruna, *A Novel Method for the Analysis of Accelerants from Fire Debris Using Headspace Solid-Phase Microextraction*, 47th Annual Meeting of the American Academy of Forensic Sciences, Seattle, Washington |
| February 1995 | K.G. Furton, J.R. Almirall, and J.C. Bruna, *The Application of Headspace Solid-Phase to the Analysis of Accelerants from Fire Debris in casework*, 47th Annual Meeting of the American Academy of Forensic sciences, Seattle, Washington |
| September 1994 | J.R. Almirall, K.G. Furton, and J.C. Bruna, *A Novel Method for the Analysis of Gasoline from Fire Debris Using Headspace Solid-Phase Microextraction*, Southern Association of Forensic Scientists-Fall 1994 Meeting, Orlando, Florida |
| October 1993 | Juan C. Bruna, *Preparation and STM Characterization of Smooth Gold Surfaces*, MARC Symposium, Dorado Beach, Puerto Rico |
| October 1992 | Juan C. Bruna, *Scanning Tunneling Microscope Characterization of Smooth Gold surfaces*, Barry University, Miami, Florida |
| June 1992 | Juan C. Bruna, **Preparation And STM Characterization of Smooth Gold Surfaces**, Calder Library Miami, Florida |
| April 1992 | Juan C. Bruna, *DMSO Catalyzed Racemization of Aspartic Acid*, American Chemical Society Conference for student affiliates, San Francisco, California |
| April 1992 | Juan C. Bruna, *Techniques For Determining Amino Acid Racemization In Tumor Proteins*, Barry University, Miami, Florida |

## *RESEARCH PUBLICATIONS*

Jose R. Almirall, Juan C. Bruna, Kenneth Furton, *The Recovery of Accelerants in Aquous Samples From Fire Debris Using Solid Phase Microextraction (SPME)* Science & Justice Vol 36 No 4, February 22, 1996, pp. 283-287.

K. G. Furton, J. R. Almirall, and Juan C. Bruna, *A Novel Approach to the Analysis of Gasoline Using Solid Phase Microextraction*, Journal of Forensic Science, Vol.41, No.1, January 1996, pp. 12-22.

K. G. Furton, J. R. Almirall, and Juan C. Bruna, *A Simple, Inexpensive, Rapid, Sensitive, and Solventless Technique for the Analysis of Accelerants in Fire Debris Based on SPME*, Journal of High Resolution Chromatography, Vol.18, No.10 October 1995, pp. 625-629.

George H. Fisher, Diego Torres, Juan Bruna, Stan Cerwinski, Theresa Martin, Camilla Bergljung, Alejandro Grueiro, Shou-Jian Chou, Eugene H. Mann, and Sofia Pappatheodorou. *Presence of D-Aspartate and D-Glutamate in Tumor Proteins*. Cancer Biochemistry and Biophysics, Vol.15, February 1995, pp. 79-82.

Diego Torres, Juan Bruna, Greta Roy, Camilla Bergjung, Theresa Martin, Stan Cerwinski, Shou-Jian Chou, Eugene Man, and George Fisher. 1992. *Racemized Amino Acids In Tumor Proteins*, Proceedings of the Sixth National Conference Undergraduate Research held at the University of Minnesota, Minneapolis

## TRAINING RECEIVED

Seven months of intensive on-the-job training at Southeast Regional Laboratory, including the following : Microscopic analysis of plant material, microcrystalline analysis, screening techniques, separation techniques, Gas Chromatography, Gas Chromatography / Mass Spectrometry, Infrared spectrometry, Nuclear Magnetic Resonance, and Ultraviolet spectroscopy.

Three week Basic Forensic Chemist Training School in Leesburg, Virginia

One week training on detection of trace evidence using a Barringer Ion Scan 350.

Clandestine Laboratory certification at Quantico, Virginia.

One week training on HP HPLC 1100 series