## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6215-CR-WPD  DATE: November 24, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA    VS.  Richard Scriver

U.S. ATTORNEY: Jana Washington    DEFT. COUNSEL: Jeanne Baker

REASON FOR HEARING: Calendar call / Status conf.

RESULT OF HEARING: Counsel ready for trial on Monday. Counsel for Govt not prepared to go forward on motion to suppress as Govt agent unable to be here this morning.

Motion to Suppress Reset for Monday

CASE CONTINUED TO: 11/27/00    TIME: 9:30    FOR: M/Suppress
MISC: 11/27/00    2:00    Jury Selection

