UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6215-CR-DIMITROULEAS

    Plaintiff,

vs.

RICHARD LLOYD SCRIVER,

    Defendant.

_____/

FILED by _____ D.C.

NOV 27 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's November 22, 2000, Motion For Release of Exculpatory or Impeachment Portions of PSI [DE-56] and the Court having received a proffer from Jeanne Baker on November 24, 2000 , finds as follows:

1. The Court has the discretion to review the PSI in camera. U.S. v.. Wallace, 32 F. 3d 921 (5th Cir. 1994); U.S. v. Phillips, 854 F. 2d 273 (7th Cir. 1988); U.S. v. Johnson, 199 F. 3d 123, 128 (3d Cir. 1999).

2. The Court has James Blake Beeson's PSI, and reviewed it prior to Mr. Beeson's sentencing on November 24, 2000 at 9:00 A.M.

3. The Court has allowed defense counsel to explain ex parte to this Court how information in Beeson's PSI might be favorable to the Defendant. The Court notes that the criminal history portion of Beeson's PSI has been disclosed to Ms. Baker. There are no indications of evidence favorable to Scriver in the PSI that are not mentioned in public records: plea agreement, objections to PSI and sentencing hearing.

Wherefore, Defendant's Joint Motion For Release of PSI is Denied, without prejudice to



the Court's releasing favorable impeachment testimony should it develop at trial.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jeanne Baker, Esquire
2937 S.W. 27th Avenue, #202
Miami, FL 33131-3703

Dana Washington, AUSA

David Tucker, Esquire
2600 Douglas Road, #1108
Coral Gables, FL 33134-6125