**CRIMINAL MINUTES**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6215-CR-WPD    DATE: November 27, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Richard Scrivner

U.S. ATTORNEY: Dana Washington    DEFT. COUNSEL: Jeanne Baker & David Tucker

REASON FOR HEARING: Deft's Motion to Suppress

RESULT OF HEARING: Gov't's Case. Gov't Rests. Deft's Case, Deft Rests. Counsel to argue motion in the morning at 9:15

CASE CONTINUED TO: 11/28/00    TIME: 9:15    FOR: Court's decision on motion

MISC: Deft Exhibits 1 & 2