# United States District Court

_Southern_ DISTRICT OF _Florida_

USA v. _Richard Scriver_

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 00-6215-CR-WPD

| PRESIDING JUDGE William P. Dimitrouleas | PLAINTIFF'S ATTORNEY DANE W Washington AUSA | DEFENDANT'S ATTORNEY Jeanne Baker / David Tucker |
|---|---|---|
| TRIAL DATE(S) 11/27/00 - M/Suppress | COURT REPORTER BOB Rychoff | COURTROOM DEPUTY _Pam Carlson_ |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 11/27/00 | | | |
| | | | | | W-1  Nancy Cook, DEA agent |
| | | | | | W-2  Kenneth McCarron, DEA agent |
| | | | | | W-3  Arthur Morchetta |
| | | | | | W-4  Richard Scriver |
| 1 | | | ✓ | ✓ | Copy of docket Sheet in 00-6215-CR |
| 2 | | | ✓ | ✓ | Copy of transcript of initial appearance |
| | | | | | |
| | | | | | FILED by _____ D.C. |
| | | | | | NOV 27 2000 |
| | | | | | CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size