```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION


UNITED STATES OF AMERICA,    )  CASE NO. 00-6215-CR-WPD
                             )
           Plaintiff,        )
                             )
      -v-                    )
                             )
RICHARD SCRIVER,             )
                             )  Fort Lauderdale, Florida
           Defendant.        )  November 27, 2000
_____)  9:30 a.m.

                        EXCERPT

              TRANSCRIPT OF MOTION TO SUPPRESS

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                    U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff         DANA WASHINGTON, ESQ.
                          Assistant U.S. Attorney
                          500 E. Broward Boulevard
                          Suite 700
                          Fort Lauderdale, Florida 33394


For the Defendant         Jeanne BAKER, ESQ.
                          2937 S.W. 27th Avenue
                          Suite 202
                          Miami, Florida  33131-3703
                               -and-
                          DAVID K. TUCKER, ESQ.
                          2600 Douglas Road
                          Suite 1108
                          Coral Gables, Florida  33134-6125

Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida  33301
                          954-769-5657
```



# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE