## CRIMINAL MINUTES

FILED by ___ D.C.
NOV 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6215-Cr-WPD   DATE: November 27, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Richard Scrivier

U.S. ATTORNEY: Ana Washington   DEFT. COUNSEL: Jamie Benson & David Tucker

REASON FOR HEARING: Jury Selection & Trial Day 1

RESULT OF HEARING: Jury voir dire. Jury selected and sworn. Opening statements to begin tomorrow.

CASE CONTINUED TO: 11/28/00   TIME: 9:45   FOR: Day 2

MISC: _____

