**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6215-CR-WPD   DATE: November 28, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Richard Scrivier

U.S. ATTORNEY: Dana Washington   DEFT. COUNSEL: Jeanne Baker & David Tucker

REASON FOR HEARING: Motion to Suppress

RESULT OF HEARING: Day 2. Oral arguments

Motion to Suppress is Denied.
Court will Enter a written order.

_____

_____

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

