FILED by ___ D.C.

NOV 2 [ ]

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

UNITED STATES OF AMERICA,  )  **CASE NO.: 00-6215-CR-DIMITROULEAS**
    Plaintiff,
vs.  )

RICHARD LLOYD SCRIVER,  )
    Defendant.

## ORDER AUTHORIZING ENTRY OF TAPE-RECORDING EQUIPMENT

This Cause having come on to be heard on the *Ore Tenus* Motion of the Defendant, Richard Lloyd Scriver, for an Order Authorizing the Entry of Tape-Recording Equipment to be used at Trial, and the Court having considered the matter and having jurisdiction over the premises:

**IT IS ORDERED:**

1. The Defendant's Motion is hereby GRANTED.

2. The Defendant's attorney is hereby authorized to bring into the courtroom tape-recording equipment to be used at trial.

**DONE and ORDERED** in Open Court in Fort Lauderdale, Florida this 28 day of **November, 2000.**

HONORABLE WILLIAM P. DIMITROULEAS
**UNITED STATES DISTRICT COURT JUDGE**

cc: David K. Tucker, Esq.
Jeanne Baker, Esq.
Dana Washington, Esq. (AUSA)
Court Security Officers
U.S. Marshal