## CRIMINAL MINUTES

FILED by _____ D.C.
NOV 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6215-CR-WPD   DATE: November 28, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Richard Scrivner

U.S. ATTORNEY: Diana Washington, Richard Hong   DEFT. COUNSEL: Joanne Barber & David Tucker

REASON FOR HEARING: Jury Trial Day 2

RESULT OF HEARING: Opening Statements

Gov't's case in chief.

CASE CONTINUED TO: 11/29/00   TIME: 9:15   FOR: Day 3

MISC: _____

