**CRIMINAL MINUTES**

FILED by _____ D.C.
NOV 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
SD OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6215-CR-WPD    DATE: November 29, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.  Richard Scriver

U.S. ATTORNEY: Diana Washington    DEFT. COUNSEL: Jeanne Baker & David
Richard Hong                                                                            Tucker

REASON FOR HEARING:  Jury Trial Day 3

RESULT OF HEARING:
Gov't Case in Chief Continued.
Gov't Rests.  Dfte's Rule 29 Motion for
Judgment of Acquittal is Denied.
Dfte's Case in Chief

CASE CONTINUED TO: 11/30/00    TIME: 9:30    FOR: Day 4

MISC: _____