**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
NOV 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6215-CR-WPD    DATE: November 30, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff / Eric Schanzleh

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Richard Scrivner

U.S. ATTORNEY: Ann Washington / Richard Hong    DEFT. COUNSEL: Jeanne Baker & David Tucker

REASON FOR HEARING: Jury Trial Day 4

RESULT OF HEARING: US's Case in Chief continued. Deft rests. Deft's Rule 29 m/ Judgment of Acquittal is Denied. Gov't Rebuttal. Gov't Rests. Deft's renewed m/ Judgment of Acquittal is Denied. Charge Conf. held. Closing arguments. Court's instructions to jury. Jury deliberations.

CASE CONTINUED TO: 12/1/00    TIME: _____    FOR: _____

MISC: _____

