00-6215-CR-WPD
USA v. Richard Service
Jury Note



FILED by ___ D.C.
NOV 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Your Honor
we have reach
a verdict

Anthony Catapano
9/30/00