UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,             CASE NO. 00-6215-CR-DIMITROULEAS

    Plaintiff,
vs.                                    **VERDICT**

RICHARD SCRIVER,

    Defendant.
_____/

WE, THE JURY, FIND: the Defendant RICHARD SCRIVER,

**As to Count I**     _Guilty As Charged_
                GUILTY AS CHARGED // GUILTY-LESSER // NOT GUILTY

**As to Count II**    _Guilty As Charged_
                GUILTY AS CHARGED // GUILTY-LESSER // NOT GUILTY

as charged in the Indictment.

So say we all.

_Anthony Catapano_                1/30/00
FOREPERSON                             DATE

FILED by D.C.
NOV 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

