AO 187 (Rev. 7/87) Exhibit and Witness List

cr-06215-WPD    Document 80    Entered on FLSD Docket 12/01/2000

# United States District Court

**DISTRICT OF** Florida — Southern

USA v. Richard Scriver

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 00-6215-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Dana Washington, AUSA / Richard Hong, AUSA | Jaime Baher / David Tucker |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/27/00, 11/28/00, 11/29/00, 11/30 | Bob Ryckoff (on 11/30 Don) | Neil Carleton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 11/28/00 | | | Off. Scott Ambrose |
| ✓ | | 11/28/00 | | | Off. Gary Harris |
| ✓ | | 11/28/00 | | | Agent Kris Hunt |
| ✓ | | 11/28/00 | | | Juan Bruna |
| ✓ | | 11/28/00 | | | James Beeson |
| ✓ | | 11/28/00 | | | Off. Nancy Cook |
| | 1 | 11/29/00 | ✓ | ✓ | tape |
| ✓ | | 11/29/00 | | | Det. Eladio Paez |
| | ✓ | 11/29/00 | | | Dr. Mary Haber |
| ✓ | | 11/29/00 | | | Richard Scriver |
| ✓ | | 11/29/00 | | | Erica Vass |
| | 4a | 11/29/00 | ✓ | ✓ | Real estate document |
| | 4b | 11/29/00 | ✓ | ✓ | " |
| | 5 | 11/29/00 | ✓ | ✓ | " |
| | 6 | 11/29/00 | ✓ | ✓ | " |
| | 2 | 11/29/00 | ✓ | ✓ | tape |
| | 3 | 11/29/00 | ✓ | ✓ | transcript |
| ✓ | | 11/30/00 | | | Arthur Barron |
| ✓ | | 11/30/00 | | | Constance Tolevich |
| ✓ | | 11/30/00 | | | Everett Lynch |
| ✓ | | 11/30/00 | | | Off. Nancy Cook (see attached exhibit) |

FILED NOV 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of __ Pages

**U.S. v RICHARD SCRIVER, 00-6215-CR-WPD** (DOP: 11/24/00)
GOVERNMENT EXHIBIT LIST
AUSA: DANA WASHINGTON / RICHARD HONG  Page 1

| Exh. # | DESCRIPTION | WITNESS | DATE | ADMIT | DENY |
|---|---|---|---|---|---|
| 1 | Photograph (Porsche) | Ambrose | 11/28 | 11/28 | |
| 2 | Photograph (Expedition) | Ambrose | 11/28 | 11/28 | |
| 3 | Photograph (shopping bag in car) | Harris | 11/29 | 11/28 | |
| 4 | Photograph (shopping bag) | Harris | 11/28 | 11/28 | |
| 5 | Photograph (pills in bag) | Harris | 11/28 | 11/28 | |
| 6 | Photograph (plastic container) | Harris | 11/28 | 11/28 | |
| 7 | Photograph (plastic bag and container) | Bruna | 11/28 | 11/28 | |
| 8 | Shopping bag (and cloth) | Ambrose | 11/28 | 11/28 | |
| 9 | Ecstacy pills (plastic container) | Harris | 11/28 | 11/28 | |
| 10 | Ecstacy pills (plastic bag) | Ambrose, Harris | 11/28 | 11/28 | |
| 11 | Two pills with "dove stamp" | Harris | 11/28 | 11/28 | |
| 8a | Cloth (black/white) | | | | |