# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA
Plaintiff(s)

Case No. 00-6215-Cr-WPD

vs.

Richard Scrivner
Defendant(s)

FILED by _____ D.C.

NOV 30 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## *RELEASE OF EXHIBITS*

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): All Government Exhibits
_____
_____

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: Richard Hong, AUSA
AGENCY OF FIRM: US Attorney's Office
ADDRESS: 99 NE 4th St, Miami FL 33132
TELEPHONE: 305-961-9145
DATE: 11-30-00

EXHIBITS RELEASED
BY: _____
   (Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record