# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA

Plaintiff(s)

Case No. 00-6215-CR-WPD

vs.

Richard Sevier

Defendant(s)

FILED by _____ D.C.

NOV 30 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ❏ Miami   ❏ Ft. Lauderdale   ❏ West Palm Beach
   Item Nos. _____

☒ Other (Explain): All Defendant Exhibits

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: David Tucker
AGENCY OF FIRM: _____
ADDRESS: 2600 Douglas
TELEPHONE: 305-461-3622
DATE: 11/30/00

EXHIBITS RELEASED
BY: _____
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record