*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*

**UNITED STATES OF AMERICA,**

                              Case No. 00-6215-Cr-DIMITROULEAS

             Plaintiff,

     vs.                     **FORT LAUDERDALE,** *FLORIDA*
                                 MAY 22, 2000

**JAMES BLAKE BEESON**
**& RICHARD LLOYD SCRIVER,**

             Defendants.

---

**TRANSCRIPT OF INITIAL APPEARANCE**
**BEFORE THE HONORABLE LURANA S. SNOW,**
**UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

             **EDWARD R. RYAN, A.U.S.A.**
             500 East. Broward Blvd., Ste. 700
             Fort Lauderdale, FL

FOR THE DEFENDANT BEESON:

             **BRUCE M. LYONS, ESQ.**
             600 N.E. Third Avenue, Ste. 700
             Fort Lauderdale, FL  33301

FOR THE DEFENDANT SCRIVER:

             **ARTHUR E. MARCHETTA, JR., ESQ.**
             915 Middle River Drive,  Ste 401
             Fort Lauderdale, Fl 33301

REPORTED BY:      **JERALD M. MEYERS, RPR-CM**
                       Official Federal Court Reporter
                       301 North Miami Avenue, 9th Floor
                       Miami, FL  33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**