UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6215-CR-DIMITROULEAS

Plaintiff,

vs.

RICHARD LLOYD SCRIVER,

Defendant.
_____/

FILED by _____ D.C.

DEC 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's December 11, 2000 Motion For New Trial or Arrest of Judgment [DE-85], and the Court having reviewed the Court file, and having presided over the trial of this cause, the Court will rule consistently with previous rulings, and deny relief.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 12 day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Tucker, Esquire
2600 Douglas Road, #1108
Coral Gables, FL 33134-6125

Jeanne Baker, Esquire
2937 S.W. 27th Avenue, #202
Miami, FL 33131-3703

Dana Washington, AUSA

