UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6215-CR-DIMITROULEAS

    Plaintiff,

vs.

RICHARD LLOYD SCRIVER,

    Defendant.

_____/

FILED by _____ D.C.

DEC 1 ? 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER

THIS CAUSE having been heard upon Defendant's December 11, 2000 Motion For

Release Pending Sentencing [DE-86], the Court will defer ruling for five (5) days to await a

response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

12 day of December, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Tucker, Esquire
2600 Douglas Road, #1108
Coral Gables, FL 33134-6125

Jeanne Baker, Esquire
2937 S.W. 27th Avenue, #202
Miami, FL 33131-3703

Dana Washington, AUSA

