UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 00-6215-CR-WPD |
| Plaintiff, | | |
| vs. | ) | |
| RICHARD LLOYD SCRIVER, | ) | |
| Defendant. | | |
| _____/ | | |

## MOTION OF DEFENDANT RICHARD SCRIVER FOR ORDER AUTHORIZING DEA TO RELEASE DRUG SAMPLE FOR TESTING

The Defendant, Richard Lloyd Scriver ("SCRIVER") by and through undersigned counsel, hereby respectfully requests that this Honorable Court enter an order authorizing the DEA to release a sample of 100-200 pills to Toxicology Testing Service. In support thereof he states as follows:

1. SCRIVER was arrested on May 20, 2000 and charged with participating in a conspiracy to distribute MDMA and possession with intent to distribute MDMA in violation of Title 21 U.S.C. §841, *et. seq.*

2. He was subsequently charged via a superseding indictment with conspiracy to possess and possession with intent to distribute MDA. This substance is chemically different than MDMA.

3. On Thursday, December 3, 2000, a jury convicted him of both counts. Sentencing is presently scheduled for February 9, 2001.

4. SCRIVER's guideline sentence will be based on the amount of contraband seized at the time of his arrest. He seeks to test a sample of the contraband to determine if the amount of pills, as well as the chemical reported in the DEA lab report is accurate.

5.  Testing will be done by Terry Hall at Toxicology Testing Service. This is a recognized testing service that has completed similar tests in the past and has worked with the DEA in testing seized contraband. Attached to the motion is a copy of their DEA registration certificate. The results of the testing will be used solely by the defense and will be disclosed only at our discretion for use at sentencing.[1]

6.  Mr. Hall will make arrangements directly with the DEA lab to pick up the sample pills. He will then return any unused portion of the sample to the DEA.

7.  Undersigned counsel has spoken to Dana Washington, Esq., AUSA, who on behalf of the United States has no objection to this motion.

WHEREFORE, the Defendant, RICHARD LLOYD SCRIVER, respectfully requests that this Honorable Court enter an order authorizing the DEA to release a sample of 100-200 pills to Terry Hall at Toxicology Testing.

Respectfully submitted,

Counsel for the Defendant

**JEANNE BAKER**
Attorney at Law
Grove Forest Plaza, Suite 202
2937 Southwest 27th Avenue
Miami, Florida 33131-3703
(305) 443-4600

By: _____
JEANNE BAKER
Florida Bar Number: 0880700

**DAVID K. TUCKER**
Tucker & Kotler, P.A.
Douglas Centre, Suite 1108
2600 Douglas Road
Coral Gables, Florida 33134-6125
(305) 461-3627

By: _____
DAVID K. TUCKER
Florida Bar Number: 406023

---

[1] We will comply with all notice requirements relating to the timely filing of any objections to relevant conduct in the PSI.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via US mail this 20 day of **December, 2000** upon DANA WASHINGTON, ESQUIRE, (AUSA), United States Attorney's Office, JLK Federal Justice Building, 99 Northeast Fourth Street, Miami, Florida 33132-2111.

By: _____
DAVID K. TUCKER

3



CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE

PM0298694    01-31-2001    $70.00

1,2,3,3M,4,5 ANALYTICAL LAB    01-07-2000

TOXICOLOGY TESTING SERV INC
5426 NW 79TH AVE
MIAMI, FL    33155