**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 00-6215-CR-WPD |
| Plaintiff, | ) | |
| vs. | ) | |
| RICHARD LLOYD SCRIVER, | ) | |
| Defendant. | | |

### ORDER GRANTING MOTION FOR ORDER AUTHORIZING DEA TO RELEASE DRUG SAMPLER FOR TESTING

This Cause having come on to be heard on the Motion of the Defendant, Richard Lloyd Scriver, for an Order Authorizing the DEA to Release Drug Sampler for Testing, and the Court having considered the matter and having jurisdiction over the premises:

**IT IS ORDERED:**

1. The Defendant's Motion is hereby GRANTED.

2. The DEA is hereby directed to release a sample of 100-200 pills to Terry Hall of Toxicology Testing Service. Mr. Hall is directed to return any unused portion of the sample to the DEA.

DONE and ORDERED in Chambers in Fort Lauderdale, Florida this 21 day of December, 2000.

**HONORABLE WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: David K. Tucker, Esq.
Jeanne Baker, Esq.
Dana Washington, Esq. (AUSA)
Terry Hall

