UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 00-6215-CR-DIMITROULEAS

    Plaintiff,

vs.

RICHARD LLOYD SCRIVER,

    Defendant.

_____/

Filed by _____

JAN 0 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's December 11, 2000 Motion For Release Pending Sentencing [DE-86], and the Court having deferred to await a response from the Government, and no response having been filed, the Court Grants the Motion For Release Pending Sentencing. Bond is set at $100,000.00 corporate surety, with the condition of electronic monitoring.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 3 day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Tucker, Esquire
2600 Douglas Road, #1108
Coral Gables, FL 33134-6125

Jeanne Baker, Esquire
2937 S.W. 27th Avenue, #202
Miami, FL 33131-3703

Dana Washington, AUSA

