-cr-06215-WPD    Document 93    Entered on FLSD Docket 01/12/2001    F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 00-6215-CR-WPD |
| Plaintiff, | ) | |
| vs. | ) | |
| RICHARD LLOYD SCRIVER, | ) | |
| Defendant. | | |
| _____ / | | |

## AGREED MOTION OF DEFENDANT RICHARD SCRIVER TO SET CONDITIONS OF BOND

The Defendant, Richard Lloyd Scriver ("SCRIVER"), by and through undersigned counsel, hereby respectfully requests that this Honorable Court enter an order setting conditions of bond. In support thereof, he states as follows:

1. On January 3, 2001, the Court entered an order granting SCRIVER's release on a $100,000.00 corporate surety bond. The Court ordered that he be subject to electronic monitoring.

2. SCRIVER has now been released and is subject to electronic monitoring. No other conditions of bond have been set. SCRIVER seeks to return to his employment for Everett Lynch as a building manager. The name of the company in which he has been working is Vincon Investments Inc. SCRIVER worked for Vincon Investments exclusively for the past year. His job requires that he manage five buildings located in Miami, and Fort Lauderdale, Florida.

3. SCRIVER was living at 4925 Collins Avenue, Miami Beach Florida, **Unit 12E**. This was his wife's unit and he has now moved to **Unit 7G**, where he will be residing while at liberty on bond.

4.  We request that the following conditions of bond be set:

    a.  A curfew requiring that he be present at his residence from 10:00 P.M until 8:00AM.;

    b.  He maintain employment as a building manager for Vincon Investments, Inc.;

    c.  His travel be restricted to the Southern District of Florida;

    d.  He report to Jose Perez at Pretrial Services one time per week in person and twice per week by telephone;

    e.  He be subject to drug testing, as required by Pretrial Services;

    f.  He not possess a weapon.

5.  Undersigned counsel has spoken to Dana Washington, Esq., AUSA, and discussed the setting of conditions of bond. On behalf of the United States, he agrees to the above stated conditions of bond.

Respectfully submitted,

*Counsel for the Defendant*

**JEANNE BAKER, ESQUIRE**
Attorney at Law
Grove Forest Plaza, Suite 202
2937 Southwest 27th Avenue
Miami, Florida 33131-3703
(305) 443-1600 - Office
(305) 445-9666 - Facsimile

By: _____
JEANNE BAKER
Florida Bar Number: 0880700

**DAVID K. TUCKER, ESQUIRE**
Tucker & Kotler, P.A.
Douglas Centre, Suite 1108
2600 Douglas Road
Coral Gables, Florida 33134-6125
(305) 461-3627 - Office
(305) 461-3627 - Facsimile

By: _____
DAVID K. TUCKER
Florida Bar Number: 406023

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via US mail this __10__ day of **January, 2001** upon DANA WASHINGTON, ESQUIRE, (AUSA), United States Attorney's Office, JLK Federal Justice Building, 99 Northeast Fourth Street, Miami, Florida 33132-2111 and JOSE PEREZ, Pre-Trial Services, United States Pre-Trial Services, 330 Biscayne Boulevard, Suite 410, Miami, Florida 33132.

By: _____
DAVID K. TUCKER