**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) | CASE NO.: 00-6215-CR-DIMITROULEAS |
| vs. | ) | |
| RICHARD LLOYD SCRIVER,<br>Defendant. | ) | |

## ORDER SETTING CONDITIONS OF BOND

This Cause having come on to be heard on the Agreed Motion of the Defendant, Richard Lloyd Scriver, for an Order Setting Conditions of Bond, and the Court having considered the matter and having jurisdiction over the premises:

**IT IS ORDERED:**

1. The Defendant's Motion is hereby GRANTED.

2. The following conditions of bond are hereby ordered:

    a. A curfew requiring that the defendant be present at his residence from 10:00 P.M until 8:00AM.;

    b. The defendant shall maintain employment as a building manager for Vincon Investments, Inc.;

    c. The defendant's travel is restricted to the Southern District of Florida;

    d. The defendant shall report to Jose Perez at Pretrial Services one time per week in person and twice per week by telephone;

    e. The defendant shall be subject to drug testing, as required by Pretrial Services;

    f. The defendant shall not possess a weapon.



**DONE and ORDERED** in Open Court in Fort Lauderdale, Florida this ___11___ day of **January, 2001.**

_____
**HONORABLE WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT COURT JUDGE**

cc:   David K. Tucker, Esq.
  Jeanne Baker, Esq.
  Dana Washington, Esq. (AUSA)
  Jose Perez (PTS)
  Clerk of Court