**UNITED STATES DISTRICT COURT
SOUTHISN DISTRICT OF FLORIDA**

Case No. 00-6215-Cr-Dimitrouleas

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICHARD SCRIVER,

        Defendant.
_____/

## AGREED MOTION TO CONTINUE SENTENCING AND FOR EXTENSION OF TIME IN WHICH TO FILE PSR OBJECTIONS

COMES NOW the Defendant, RICHARD SCRIVER, by and through his undersigned counsel and (with the agreement of AUSA Washington) hereby respectfully moves this Honorable Court to grant both a continuance of the sentencing proceedings along with a two-week extension of time in which to file PSR objections. In support thereto, Defendant avers:

1. The Defendant applied for and this Honorable Court granted a motion to test and quantify the controlled substance, which is the subject of this Title 21 prosecution.

2. Sentencing is presently scheduled for February 9, 2001 at 9:30 a.m. PSR objections are due to be filed on January 19, 2001.



3. The particular type and quantity of drug drives the guideline range pursuant to U.S.S.G §2D1.1 et seq. The Defendant's PSR objection with regard to the Base Offense Level, see PSR, ¶18, is dependent upon the expert evaluation.

4. There has been an administrative delay within the prosecuting law enforcement agency in delivering the drug sample to the Defendant's expert, Dr. Terry Hall.

5. Amongst other departure issues, at sentencing, the Defendant will invite this Honorable Court to consider a downward departure pursuant to U.S.S.G. §5K2.13, entitled Diminished Capacity. To that end, the Defendant retained the services of Dr. Thomas Bonner, a licensed psychologist. Dr. Bonner has been unable to prepare his report as a consequence of the press of business and has requested counsel to obtain additional time in order that he can prepare and submit his report simultaneous with the filing of the objections.

WHEREFORE, the Defendant respectfully prays that this Honorable Court enter an Order granting a continuance of the sentencing and allowing an extension of time of two weeks in which to file objections to the PSR report.

Respectfully submitted,

Jeanne Baker
2937 S.W. 27 Avenue, #202
Miami, Florida 33133
305-443-1600

By: _____
Jeane Baker
Florida Bar No. 880700

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Dana Washington, Office of the United States Attorney, 500 East Broward Blvd. Ft. Lauderdale, FL 33301 this 17th day of January, 2001.

By: _____
Jeanne Baker