UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. 00-6215-CR-DIMITROULEAS

Plaintiff,

vs.

RICHARD SCRIVER,

Defendant.
_____/

## ORDER GRANTING MOTION FOR CONTINUANCE OF SENTENCING

THIS CAUSE having come before this Court on Defendant's January 18, 2001 Agreed

Motion To Continue Sentencing and For Extension of Time in Which to File PSI Objections, and

the Court noting that no proposed order, as required by Local Rule 7.1A2 was provided,

nevertheless it is

ORDERED AND ADJUDGED that the Defendant's Motion for Extension of Time is

GRANTED. Sentencing is reset for March 2, 2001 at 1:30 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this
____ day of January, 2001.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Jeanne Baker, Esquire
2937 S.W. 27th Avenue, #202
Miami, FL 33133

Dana Washington, AUSA

United States Probation Office

