

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.                                    CASE NO. 00-6215-CR-DIMITROULEAS

RICHARD SCRIVER

---

TYPE OF CASE:                    CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.                COURTROOM 203E
FT. LAUDERDALE, FL 33301            DATE & TIME:
                                    **March 9, 2001 AT 11:00 A.M.**
                                    (Previously set for 3/2/01 at 1:30)

---

TYPE OF          SENTENCING
HEARING:

                                    CLARENCE MADDOX,
                                    CLERK OF COURT

DATE:   February 21, 2001                   BY DEPUTY CLERK


cc: Dana Washington, AUSA
    Jeanne Baker, Esq.
    David Tucker, Esq.
    U.S. Probation

