**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No.   00-6215-Cr-Dimitrouleas**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| RICHARD SCRIVER, | : |
| Defendant. | : |

## NOTICE OF SENTENCING PROCEEDING EXCEEDING THIRTY MINUTES IN LENGTH

COMES NOW the Defendant, RICHARD SCRIVER, by and through his undersigned counsel and hereby respectfully files this his notice of sentencing proceeding exceeding thirty minutes in length.

The Defendant intends to litigate issues concerning (1) Role, (2) Base Offense Level, (3) Acceptance of Responsibility, (4) Safety Valve, as well as matters concerning a prospective downward departure including, but not limited to diminished capacity. It is anticipated that sentencing will require approximately one to one and one-half hours.



WHEREFORE, the Defendant respectfully files this his notice of sentencing proceeding exceeding thirty minutes in length.

Respectfully submitted,

By: _____
Jeanne Baker, Esq.
2937 S.W. 27 Avenue, #202
Miami, Florida 33133
Office: 305-443-1600
Fax: 305-445-9666
Florida Bar #: 880700

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to Dana Washington, Esq., Assistant United States Attorney, 500 East Broward Blvd., Ft. Lauderdale, FL 33301 this 22 day of January, 2001.

By: _____
Jeanne Baker