UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,          CASE NO. 00-6215-CR-DIMITROULEAS
          Plaintiff,                Magistrate Judge Seltzer

v.

RICHARD LLOYD SCRIVER,
          Defendant.
_____/

## UNOPPOSED MOTION TO CHANGE SENTENCING DATE

Defendant RICHARD SCRIVER, through undersigned counsel, and without opposition from the government, hereby moves this Court for a change in sentencing date from March 9, 2001 to any of the following dates -- March 5-8, March 12-15, March 19-22, 2001 -- so that he may be represented at sentencing by attorney Neil M. Schuster, whom he has retained specifically for that purpose. In support of this motion, undersigned counsel represents as follows:

1.  Approximately six weeks ago, Mr. Scriver retained attorney Neil M. Schuster, a specialist in sentencing issues, to represent him at his sentencing proceeding. Since that time Mr. Schuster has worked diligently to prepare objections and grounds to move for departure on Mr. Scriver's behalf. This work has included multiple conferences with Mr. Scriver, and others, including Dr. Thomas Bonner, a psychologist who has evaluated Mr. Scriver, review of the trial and other evidence, legal research, and drafting of pleadings. Just yesterday, February 22, 2001, Mr. Schuster filed an extensive set of objections and requests for downward departures, which Mr. Schuster researched and drafted and is prepared to argue at the sentencing hearing.

2.  By Order dated February 21, 2001, the Court re-set the sentencing in this case from



March 2, 2001 at 1:30 p.m. to March 9, 2001 at 11:00 a.m. Mr. Schuster had cleared his calendar for March 2, 2001 so as to be able to appear before Your Honor on that date. Unfortunately, Mr. Schuster will be out of town on March 9, 2001 on a pre-planned, pre-paid family trip to attend a bar mitzvah in another state. Because of the nature of this engagement, Mr. Schuster cannot change it.

3.      Neither undersigned counsel nor Mr. Schuster wish to delay the sentencing hearing past March 9, 2001. Defendant, therefore, requests a change in the re-set sentencing to a date earlier in the same week -- March 5-8, 2001. If, however, those dates are not convenient for the Court, he requests a change to a Monday through Thursday date, during either of the subsequent two weeks: March 12-15, 2001 or March 19-22, 2001. (Undersigned counsel is mindful that the Court usually schedules sentencings on Fridays, but during those two weeks Mr. Schuster has prior court engagements on both Fridays.)

4.      Undersigned counsel has conferred with counsel for the government, AUSA Dana O. Washington, who has authorized undersigned counsel to represent that the government has no objection to the grant of this motion. (However, because Mr. Washington may be in trial before Judge Zloch the week of March 12, 2001, he would request that any hearing scheduled for that week be set for a time prior to or after his trial day.)

2

Respectfully submitted,

Jeanne Baker
Attorney at Law
2937 Southwest 27th Avenue, ste. 202
Miami, Florida 33131-3703
(305) 443-1600

By: /s/ Jeanne
Jeanne Baker, Esq.
Florida Bar No. 0880700

Neil M. Schuster, Esq.
407 Lincoln Road
Suite 11-B
Miami Beach, Fl 33139
(305) 673-3737

David K. Tucker, Esq.
2600 S. Douglas Road
Suite 1108
Coral Gables, FL 33134
(305) 461-3627

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was hand-delivered this ___ day of February 2001, to Assistant United States Attorney Dana O. Washington, United States Attorney's Office, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394-3002.

By: /s/ Jeanne
Jeanne Baker, Esq.