UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6215-CR-DIMITROULEAS

Plaintiff,

vs.

RICHARD LLOYD SCRIVER,

Defendant.
_____/



## ORDER GRANTING MOTION FOR CONTINUANCE OF SENTENCING

THIS CAUSE having come before this Court on Defendant's February 28, 2001

Unopposed Motion To Change Sentencing Date [DE-103], and the Court noting that no proposed

order, as required by Local Rule 7.1A2 was provided, nevertheless, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby GRANTED.

Sentencing is reset to March 7, 2001 at 1:15 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

____ day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jeanne Baker, Esquire
2937 S.W. 27th Avenue, #202
Miami, FL 33131-3703

Neil Schuster, Esquire
407 Lincoln Road, #11-B
Miami Beach, FL 33139

U.S.P.O.

David K. Tucker, Esquire
2600 S. Douglas Road, #1108
Coral Gables, FL 33134

Dana Washington, AUSA