## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6215-CR-WPD    DATE: March 7, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Deidre    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Richard Skiver

U.S. ATTORNEY: Dana Washington    DEFT. COUNSEL: Jeane Baker
                                                  David Tucker
                                                  Neil Schuster

REASON FOR HEARING: sentencing

RESULT OF HEARING: Sentence Imposed:
36 months BOP, 3 years Supervised Release, $2,000 Fine, $200.00 Assessment.

Deft allowed to voluntarily surrender to US Marshal in Miami by noon on Friday 3/9/01. Court recommends designation to a Miami facility.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.