# United States District Court

_Southern_ DISTRICT OF _Florida_

USA v. Richard Scriver

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6215-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Dana Washington, AUSA | J. Baker, D. Tucker, N. Schuster |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 3/7/01 Sentencing | Bob Ryckoff | Vicki Gereton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/7/01 | | | W-1 Thomas Bonner, Phd. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages