# United States District Court

## Southern District of Florida
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For Offenses Committed On or After November 1, 1987) |
| **RICHARD SCRIVER** | **Case Number:  00-6215-CR-WPD** |
| | Counsel For Defendant: **Jeanne Baker, David Tucker, Neil Schuster** |
| | Counsel For The United States: **Dana Washington, AUSA** |
| | Court Reporter: **Robert Ryckoff** |

**THE DEFENDANT:**

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☒ Was found guilty on count(s) 1s and 2s after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 21 USC § 846 | Conspiracy to Possess with Intent To Distribute 3,4 Methylenedioxyamphetamine (MDA) | 5/20/2000 | 1s |
| 21 USC § 841 (a)(1) | Possession with Intent to Distribute Methylenedioxyamphetamine (MDA) | 5/19/2000 | 2s |

The defendant is sentenced as provided in pages 2 through __8__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)                    (Is) (are) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **12/26/1953**
Defendant's USM Number: **55313-004**

Defendant's Residence Address:
Federal Detention Center
33 NE 4th Street
Miami, FL 33132

Defendant's Mailing Address:
Federal Detention Center
33 NE 4th Street
Miami, FL 33132

**March 7, 2001**
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
United States District Judge

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida

Date  3/8/01  Deputy Clerk

March 8, 2001

DEFENDANT: **SCRIVER, RICHARD**
CASE NUMBER: **00-6215-CR-WPD**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 36 months on each of Count 1s and 2s to run concurrent.

[X] **The Court makes the following recommendations to the Bureau of Prisons:** designation to a Miami facility.

[ ] The defendant is remanded to the custody of the United States Marshal.

[X] **The defendant shall surrender to the Office of the United States Marshal in Miami, FL by Noon on 3/9/01.**

    [ ] At      A.m. / p.m. on

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] Before 2:00 p.m. on

    [ ] as notified by the United States Marshal.

    [ ] As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

---

---

---

Defendant delivered on __03-19-2001__ To __Federal Detention Center Miami, Fl.__

at 33 NE 4 St. Miami, Fl with a certified copy of this judgment.

Monica S. Wetzel, Warden
~~UNITED STATES MARSHAL~~

By __Ariel O. Guerrero, L.I.E.__
~~Deputy U.S. Marshal~~