```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,   )  CASE NO.  00-6215-CR-WPD
                            )
           Plaintiff,       )
                            )
           -v-              )
                            )
RICHARD SCRIVER,            )
                            )   Fort Lauderdale, Florida
           Defendant.       )   November 29, 2000
_____)   9:15 a.m.
```

EXCERPT

TRANSCRIPT OF TRIAL PROCEEDINGS

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff         DANA O. WASHINGTON, ESQ.
                          RICHARD HONG, ESQ.
                          Assistant U.S. Attorneys
                          99 N.E. 4th Street
                          Miami, Florida  33132

For the Defendant         JEANNE BAKER, ESQ.
                          Southwest 27th Avenue
                          Suite 202
                          Miami, Florida  33131-3703
                                -and-
                          DAVID K. TUCKER, ESQ.
                          2600 Douglas Road
                          Suite 1108
                          Coral Gables, Florida 33134-6125

Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida  33301
                          954-769-5657

THIS VOLUME:
p. 1 - 65

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**