**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**THE UNITED STATES OF AMERICA,** )
                                    )     CASE NUMBER
            PLAINTIFF,      )     00-6215-CR-WPD
                                    )
     VS.                          )
                                    )
**RICHARD SCRIVER,**              )     THIS VOLUME:
                                    )     PAGES 1 - 19
            DEFENDANT.      )
_____)

EXCERPT OF JURY TRIAL HAD BEFORE THE HONORABLE

WILLIAM P. DIMITROULEAS, IN FORT LAUDERDALE, BROWARD COUNTY,

FLORIDA, ON THURSDAY, NOVEMBER 30, 2000, IN THE ABOVE-STYLED

MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    DANA WASHINGTIN, A.U.S.A., AND
                             RICHARD HONG, A.U.S.A.

FOR THE DEFENDANT:      JEANNE BAKER, AND
                             DAVID K. TUCKER ESQS.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488



# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**