1

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,   )   CASE NO. 00-6215-CR-WPD
                            )
         Plaintiff,         )
                            )
         -v-                )
                            )
RICHARD SCRIVER,            )
                            )   Fort Lauderdale, Florida
         Defendant.         )   March 7, 2001
_____)   1:15 p.m.


                   TRANSCRIPT OF SENTENCE

       BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                    U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff       DANA WASHINGTON, ESQ.


For the Defendant       JEANNE BAKER, ESQ.
                        DAVID TUCKER, ESQ.
                        NEIL M. SCHUSTER, ESQ.



Reporter                ROBERT A. RYCKOFF
                        Official Court Reporter
                        299 East Broward Boulevard
                        Fort Lauderdale, Florida 33301
                        954-769-5657
```

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**