UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICHARD SCRIVER,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

CASE NO. 02-60324-CIV-DIMITROULEAS
(00-6215-CR-DIMITROULEAS)



FILED by _____ D.C.
MAR 19 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Petitioner's (Scriver) March 18, 2002 Motion For Leave to Amend, and the Court having reviewed the Court file, said motion is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 19 day of March, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Eugene F. Zenobi, Esquire
325 Almeria Avenue
Coral Gables, Florida 33134

Dana Washington, AUSA

