UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICHARD SCRIVER,    CASE NO. 02-60324-CIV-DIMITROULEAS
                   (00-6215-CR-DIMITROULEAS)
　　　Petitioner,

vs.

FILED by _____ D.C.
APR 0 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

　　　Respondent.
_____/

### ORDER

THIS CAUSE having been heard upon Petitioner's (Scriver) March 27, 2002 Motion For Extension of Five (5) Days to File Reply [DE-7], said motion is <u>Granted in part</u>. A reply must be filed on or before <u>April 4, 2002.</u>

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of April, 2002.

　　　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:

Eugene F. Zenobi, Esquire
325 Almeria Avenue
Coral Gables, Florida 33134

Dana Washington, AUSA

