UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
FILED by _____ D.C.
APR 17 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

RICHARD SCRIVER

      V.              CASE NO. 02-60324-CV-DIMITROULEAS
                                  00-6215-CR-DIMITROULEAS

UNITED STATES OF AMERICA

TYPE OF CASE:         CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**May 10, 2002 AT 9:00 A.M.**
(Previously set for May 2, 2002 at 9:00)

TYPE OF
HEARING:         Evidentiary Hearing on Motion to Vacate

                                                CLARENCE MADDOX,
                                                CLERK OF COURT

DATE:  April 17, 2002                           BY DEPUTY CLERK

cc:      Eugene Zenoli, Esq.
        Dana Washington, AUSA

