# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED ___ D.C.
MAY 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 02-60374-CV-WPD / 00-6215-CR-WPD ✓   DATE: May 10, 2002

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Richard Scriver

U.S. ATTORNEY: Dana Washington   DEFT. COUNSEL: Eugene Zenobi

REASON FOR HEARING: Evidentiary Hearing on 2255 motion

RESULT OF HEARING: Rule Invoked Re: Witnesses. Deft's Case. Deft Rests. Gov't's Case. Gov't Rests. Deft Argues. Deft's motion 2255 is Denied. Court will enter a written order.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Exhibit attached to this minute sheet



# JEANNE BAKER
### ATTORNEY AT LAW

GROVE FOREST PLAZA • SUITE 202
2937 SOUTHWEST 27TH AVENUE
COCONUT GROVE
MIAMI, FLORIDA 33133-3703

TELEPHONE (305) 443-1600
FACSIMILE (305) 445-9666
E-MAIL: jbakeresq@theoffice.net

March 16, 2001

**ATTORNEY-CLIENT COMMUNICATION**
**PRIVATE AND CONFIDENTIAL**

Richard Scriver
Reg. No. 55313-004
Federal Detention Center
P.O. Box 019120
Miami, Fl., 33101-9120

Re: <u>United States v. Scriver,</u> Case No. 00-6215-Cr-Dimitrouleas

Dear Rick:

    Enclosed is a copy of the Judgment and commitment order in the above-captioned case, entered by Judge Dimitrouleas on March 7, 2001, sentencing you to 36 months and recommending that you be designated to a Miami-area facility. This letter will review your options, now that you have been sentenced.

    AUSA Dana Washington notified me yesterday that, if you do not appeal, the government will not appeal. Unfortunately, Dana was not able to tell me yet what position the government will take with respect to your seeking a treaty transfer. The person who will be making that decision is the Chief of the Criminal Division of the United States Attorney's office, Ed Nucci, who has been away all this week and will not be back until Monday, March 19. Because that will be Nucci's first day back after being away from the office for a week, we cannot count on his making a decision that day, but Dana hopes the decision will be made within a few days thereafter.

    In the meantime, Monday, March 19 is the deadline for filing your Notice of Appeal, <u>if</u> you want to keep your option to appeal open. The filing of a Notice of Appeal is a simple matter, which, if you want me to do so, I could easily prepare today and fed ex to arrive in court by March 19 (along with the filing fee of $105.00, which Everett already knows will need to be paid). However, I do not see the sense in your taking an appeal since, as you know, an appeal by either party will significantly delay treaty transfer, and, additionally, if you appeal, thus bringing on a government-appeal, it is even possible that the court of appeals could reverse the downward departure you obtained.

GE #1

Richard Scriver
March 16, 2001
page two


    Nor do I think that your filing a Notice of Appeal (which you certainly could later withdraw) would in any way advance your immediate goal of obtaining the government's agreement to recommend treaty transfer for you. Ed Nucci, who will make the treaty-transfer decision, will not care if the government ends up having to file a brief on appeal in your case because the appellate division, not his division, will be required to do the work. Also, the mere fact that you have gone ahead and filed a Notice of Appeal could cause Nucci to put off the decision as to whether to or not to recommend treaty transfer (on the grounds that he might as well wait until the appeal is concluded to make that decision), or, perhaps, might even incline him towards a negative decision.

    So, my advice would be for you not to have me file a Notice of Appeal. However, the decision is yours, not mine. To make sure there is no misunderstanding, if you do decide that you do **not** want me to file the Notice, I ask that you signify your assent to that course of action by signing below.


Sincerely,

*[signature]*
JEANNE BAKER, ESQ.



Assent to not appealing:

*[signature]*
RICHARD SCRIVER