# United States District Court

**Southern** DISTRICT OF **Florida**

**Richard Scrivner v. USA**

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 02-60324-CIV-WPD / 00-6215-CR-WPD ✓

| | | | | | |
|---|---|---|---|---|---|
| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
| William P. Dimitrouleas | | Eugene Zenobi | | Dria Washington | |
| TRIAL DATE(S) | | COURT REPORTER | | COURTROOM DEPUTY | |
| 5/10/02 - 2:55 noon | | Robert Ryckoff | | Kari Critton | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/10 | | | W-1 Richard Scrivner  (3/16/01) |
| | 1 | | ✓ | ✓ | (Gvt Exhibit) - correspondence from Counsel to ∆ |
| | | | | | W-2 Joanne Baker |
| | | | | | |
| | | | | | Exhibit attached to Minute Sheet |

FILED by _____ D.C.
MAY 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

119

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages