IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Petitioner, | CRIM. NO. 00-6215 CR WPD |
| VS. | |
| RICHARD SCRIVER,<br>    Respondent. | |

### DEFENDANT RICHARD SCRIVER MOTION FOR COURT RECOMMENDATION FOR DEFENDANT TREATY TRANSFER TO CANADA

Comes now, Defendant Richard Scriver, by mail through his undersigned attorney this Court for a judicial recommendation that Defendant Richard Scriver receives a treaty transfer to his home country of Canada. The basis for this motion is as follows:

1. Defendant Richard Scriver was convicted by jury trial on November 30, 2000 for violations (Count I) Title 21 U.S.C. 846 and (Count II) 841 (a)(1), and pursuant to a sentencing hearing on March 7, 2001, concurrent sentences for each count of thirty-six months imprisonment were imposed.

2. At the time of the sentencing hearing (March 7, 2001), this Court addressed the matter of Defendant Richard Scriver's treaty transfer to Canada during the pendency of Mr. Scriver imprisonment. (Attached here to as "Exhibit A" is a partial transcript of proceedings before this



UINTED STATES VS RICHARD SCRVER – CRIM. NO. 00-6215 CR WPD
<u>DEFENDANT RICHARD SCRIVER MOTION FOR COURT RECOMMENDATION FOR DEFENDANT TRAEATY TRANSFER TO CANADA</u>

Court on March 7, 2001).  At that proceeding, Defendant's counsel requested this Court to offer a "recommendation" of transfer if the inmate applied for that transfer.  This Court responded that "I have done that in the past".  This Court then added "It would seen to me that if I said he should do his time in a Canadian prison, that I am minimizing the chances of his coming back to the United States and effectuating what you (the Government) want, and that's deportation. It would seem to me less likely that he is going to get back into the United States legally if he was coming out of a Canadian prison, but I don't know."

3. Following the above exchange, this Court suggested "(Mr. Scriver) can file a motion, and (the Government) can file a response, and then I can decide whatever I am going to make a recommendation for whatever its worth."

4. Defendant Richard Scriver thereby files this written motion requesting that this Court consider a recommendation that Defendant's request for treaty transfer be granted.  Testimony elicited at the Defendant's sentencing hearing clearly exhibited that Defendant's entire family of origin resides in Canada.  Furthermore, testimony of Dr. Bonner at the sentencing hearing stated that (pursuant to the downward departure

2

UINTED STATES VS RICHARD SCRVER – CRIM. NO. 00-6215 CR WPD
<u>DEFENDANT RICHARD SCRIVER MOTION FOR COURT RECOMMENDATION FOR DEFENDANT
TRAEATY TRANSFER TO CANADA</u>

granted by this Court) the Defendant suffered from a significant depressive disorder at the time of the defense.

5. The Defendant understands that while the recommendations of this Court are not binding, a Court's recommendation may be quite important to the Defendant's application.

6. Pursuant to local rule, telephone contract was attempted with the office of the United States Attorney and at the time of this filing no response was received (response of Assistant United States Attorney Dana Washington on March 7, 2001 sentencing hearing is included in transcript "Exhibit A")

WHEREFORE, the Petitioner requests this allowed period be granted.

Respectfully submitted,

_____
Eugene F. Zenobi, Esq.
325 Almeria Avenue
Coral Gables, Fl 33134
Tel: 305-461-5444
Fax: 305-567-9356

UINTED STATES VS RICHARD SCRVER – CRIM. NO. 00-6215 CR WPD
DEFENDANT RICHARD SCRIVER MOTION FOR COURT RECOMMENDATION FOR DEFENDANT
TRAEATY TRANSFER TO CANADA

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a correct and true copy of the foregoing was furnished by U.S. Mail to: ***Dana Washington, Esq.,*** Assistant United States Attorney, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 on this _18__ day of ___June___, 2002.

BY: _____
EUGENE F. ZENOBI, ESQ.
Florida Bar No: 0130269

CASE # 00-CR-6315-WPD



# "Do Not Scan or Copy This Transcript."

DE # 112

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6215-CR-WPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| RICHARD SCRIVER, | ) | |
| | ) | Fort Lauderdale, Florida |
| Defendant. | ) | March 7, 2001 |
| | ) | 1:15 p.m. |

TRANSCRIPT OF SENTENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff        DANA WASHINGTON, ESQ.

For the Defendant        JEANNE BAKER, ESQ.
                         DAVID TUCKER, ESQ.
                         NEIL M. SCHUSTER, ESQ.

Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         954-769-5657

112 / 55

Exhibit A

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE