UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6215-CR-DIMITROULEAS

   Plaintiff,

vs.

RICHARD SCRIVER,

   Defendant.
_____/

FILED by ___ D.C.
JUN 20 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having come before the Court on Defendant's June 18, 2002 Motion For Court Recommendation [DE-121], and the Court noting that no proposed order was provided in violation of S.D. Fla. L.R. 7.1(A)(1)(g) and 7.1(A)(2), nevertheless, the Court will defer ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 20 day of June, 2002.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Eugene F. Zenobi, Esquire
325 Almeria Avenue
Coral Gables, FL 33134

Dana Washington, AUSA

