IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
     Petitioner,

VS.

RICHARD SCRIVER,
     Respondent.

CRIM. NO. 00-6215 CR WPD



FILED by _____ D.C.

JUN 2 6 200·

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF FILING OF PROPOSED ORDER FOR RECOMMENDATION OF DEFENDANT'S TREATY TRANSFER

Comes now, the above Defendant, by his undersigned attorney and files this proposed order for this Court's recommendation for Treaty Transfer to Canada pursuant to Defendant's motion previously filed.

Respectfully submitted,

Eugene F. Zenobi, Esq.
325 Almeria Avenue
Coral Gables, Fl 33134
Tel: 305-461-5444
Fax: 305-567-9356

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a correct and true copy of the foregoing was furnished by U.S. Mail to: ***Dana Washington, Esq.,*** Assistant United States Attorney, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 on this25 day of June, 2002.

BY: _____
EUGENE F. ZENOBI, ESQ.
Florida Bar No: 0130269