UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6215-CR-DIMITROULEAS

    Plaintiff,

vs.

RICHARD SCRIVER,

    Defendant.
_____/

FILED by ___ D.C.
JUN 27 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before the Court on Defendant's June 18, 2002 Motion For Court Recommendation [DE-121], and the Court having received a Response from the Government [DE-123], finds as follows:

At the time of sentencing, the Court did not grant Scriver's oral request to recommend an inmate transfer to Canada, but suggested that Scriver file a motion and then the Government could respond. Scriver has now filed his request. However, Scriver has apparently waited to ask for this Court's recommendation until after the Attorney General denied his request to transfer. The Attorney General has unfettered discretion in this matter. Bagguley v. Bush, 953 F. 2d 660, 662 (D.C. Cir. 1991), cert. denied, 112 S. Ct. 1698 (1992). The Court declines to recommend a transfer, particularly after the Attorney General has made his decision.

Wherefore, Scriver's Motion For Recommendation is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27 day of June, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Eugene F. Zenobi, Esquire
325 Almeria Avenue
Coral Gables, Florida 33134

Dana Washington, AUSA