UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
2002 NOV 20 AM 9:37

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** ) | |
| ) | CASE NUMBER |
| PLAINTIFF, ) | 00-6215-CR-WPD |
| ) | |
| VS. ) | |
| ) | |
| **RICHARD LLOYD SCRIVER,** ) | THIS VOLUME: |
| ) | PAGES 1 - 7 |
| DEFENDANT. ) | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF ARRAIGNMENT HAD BEFORE THE HONORABLE BARRY S. SELTZER, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON AUGUST 8, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   DONALD CHASE, A.U.S.A.

FOR THE DEFENDANT:    ARTHUR MARCHETTA, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE