IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



| | |
|---|---|
| RICHARD SCRIVER, | : 02-60324-CIV-DIMITROULEAS |
| Petitioner | : (00-6215-CR-DIMITROULEAS) |
| vs. | : |
| UNITED STATES OF AMERICA, | : |
| Respondent | : |



MOTION FOR SPECIAL LIMITED APPEARANCE AND FOR
WAIVER OF DESIGNATION OF LOCAL COUNSEL
PURSUANT TO LOCAL RULE 4 (B)

Cheryl J. Sturm, Esquire, hereby moves this Honorable Court for a special limited appearance in a motion to alter or amend judgment pursuant to Rule 59(e) F.R.Civ.P. in the above captioned matter.

In support of the motion, counsel avers as follows:

(1) She is a member in good standing of the Supreme Court of Pennsylvania, the United States District Courts for the Eastern, Middle and Western Districts of Pennsylvania; the Northern, Southern, Eastern and Western Districts of New York, the Eastern District of Wisconsin, the Western District of Texas, the District of Colorado, the Central District of Illinois; the United States Courts of Appeals for the 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 11th, District of Columbia Circuits and the United States Supreme Court.

(2) She is not admitted to and does not maintain an office to practice in the Southern District of Florida.



(3) Pursuant to Local Rule 4(B), she seeks leave to appear and participate without designating local counsel for the limited purpose of representing the petitioner in the above captioned motion pursuant to Rule 59(e) F.R.Civ.P.

(4) There is good cause to waive the designation of local counsel due to the limited pleadings that are customarily filed in a Motion Pursuant to Rule 59(e) F.R.Civ.P., the limited appearances required in such a petition and the limited resources of the petitioner. Local Rule 4(B) permits the waiving of the requirement of designating local counsel.

(5) She certifies that she has studied the local rules of the United States District Court for the Southern District of Florida.

WHEREFORE, the undersigned moves this Honorable Court for leave to enter a special limited appearance as counsel and for waiver of the requirement of designating local counsel for the reasons set forth above.

Dated: May 9, 2003                                       Respectfully submitted,

                                                         _____
                                                         Cheryl J. Sturm
                                                         Attorney-at-Law
                                                         408 Ring Road
                                                         Chadds Ford, Pa. 19317
                                                         484-771-2000

## CERTIFICATION

Cheryl J. Sturm, Attorney at Law, hereby certifies that she has studied the Local Rule of the United States District Court for the Southern District of Florida.

Dated: May 9, 2003

_____
Cheryl J. Sturm
Attorney at Law

CERTIFICATE OF SERVICE

Cheryl J. Sturm, Attorney at Law, hereby certifies that on the 9th day of May, 2003, she caused a copy of her Motion for Special Limited Appearance and for Waiver of Designation of Local Counsel Pursuant to Local Rule 4(B) to be served upon Dana O. Washington, AUSA, U.S. Attorney's Office, 500 East Broward Bouleard, Ft. Lauderdale, Florida 33394 by placing the same in the U.S. Mail, first class postage pre-paid.

Dated: May 9, 2003

                                                Cheryl J. Sturm
                                                Attorney at Law