UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICHARD SCRIVER,　　　　　　　　　　　CASE NO. 02-60324-CIV-DIMITROULEAS
　　　　　　　　　　　　　　　　　　　　　　　(00-6215-CR-DIMITROULEAS)
　　　Plaintiff,

vs.

UNITED STATES OF AMERICA,

　　　Defendant.
_____/

## PRO HAC VICE ORDER

THIS CAUSE is before the Court upon Cheryl J. Sturm's Motion For Admission Pro Hac Vice, filed herein on May 12, 2003. The Court has carefully considered the motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Cheryl J. Stum's Motion for Admission as counsel pro hac vice for the Petitioner Richard Scriver in this case is hereby Granted. The Court notes the filing of a $75.00 check made payable to the Clerk, United States District court. Out of state counsel seeking to appear pro hac vice must pay the same filing fee as local attorneys who apply for admission to the bar of this court. The fee will cover pro hac vice admission in this case only. In addition, the Court notes that Ms. Sturm certified that she has studied and familiarized herself with the local rules of this Court.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial. Failure to abide by any Court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Local counsel is waived.



DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 13 day of May, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Cheryl J. Sturm
408 Ring Road
Chadds Ford, PA 19317

Dana Washington, AUSA