# CHERYL J. STURM
### ATTORNEY AT LAW
387 Ring Road
Chadds Ford, PA 19317
484-771-2000
Fax: 484-771-2008

33 Calle Encinitas
Rancho Mirage, CA 92270

*Member of the PA Bar*

*Kindly direct all correspondence to Chadds Ford, Pennsylvania*

July 29, 2003

Clerk of the Court
United States District Court
Southern District of Florida
299 East Broward Blvd.
Ft. Lauderdale, FL  33301

Re:  Scriver v. USA, 02-60324-CIV-Dimitrouleas
       00-6215-CR-Dimitrouleas

Dear Sir or Madam:

    Please change your records to reflect my new address of 387 Ring Road, Chadds Ford, PA  19317.  All other information remains the same.

Very Truly Yours,

Cheryl J. Sturm
Attorney at Law

